[If you need additional space for ANY section, please attach an additional sheet and reference that section]



RECEIVED SMB
9/6/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CLARK, MAUREEN E., acting pro se; MALY, ROCHELLE M., acting pro se; STIRN, JAMES R., acting pro se; FERGUSON, JENEANE L., acting pro se )

)

_____,  )

)

Plaintiff(s),  )

)

vs.  )

PRITZKER, J.B., ILLINOIS STATE BOARD OF ELECTIONS et al )

)

_____,  )

)

Defendant(s).  )

**22CV4778**

Case No.

JUDGE BUCKLO
MAGISTRATE JUDGE COX

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is  Maureen E. Clark, acting pro se _____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4.  Defendant, J.B. Pritzker _____, is

(name, badge number if known)

☒ an officer or official employed by  Governor of the State of Illinois _____;

(department or agency of government)

_____or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official

acted is____Cook_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.  On or about_____, at approximately _____ ☐ a.m. ☐ p.m.

(month,day, year)

plaintiff was present in the municipality (or unincorporated area) of _____

_____ , in the County of _____,

State of Illinois, at _____,

(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐  arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐  searched plaintiff or his property without a warrant and without reasonable cause;

☐  used excessive force upon plaintiff;

☒  failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☐  failed to provide plaintiff with needed medical care;

☐  conspired together to violate one or more of plaintiff's civil rights;

☒  Other:

This is a civil rights action brought to enforce the fundamental right to vote. The right to vote is protected by the Equal

Protection Clause and the Due Process Clause alongside the 1st Amendment to the United States Constitution and 15th

Amendment to the United States Constitution, which guarantee we are not denied the right to cast our ballots by malicious

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

No_____

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☐ Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Plaintiff(s) seek redress for the abuse and devastation of our Constitutional rights and protections by our elected officials. Plaintiff(s) allege that Defendants violate Equal Protection and Due Process by not following through on the Illinois State Board of Elections' ("IL SBOE") own legislative department's recommendations to implement legislation to address known vulnerabilities with Dominion ImageCast X system component that can result in vote spoilage which has been an ongoing issue since 2019.

Plaintiff(s) further allege that our election voting systems are underfunded and have severe vulnerabilities which have gone unaddressed because of funding issues. Per Congressional testimony, this is mainly due to antiquated machines. These vulnerabilities, if exploited, result in major election irregularities, and raise claim to Due Process violations. Illinois was a victim of an election system security breach in 2016 that led to new legislation in 2018 to attempt to improve cybersecurity. The assessment noted above of our election system citing significant cybersecurity vulnerabilities, was 3 years after the breach and more than a year after legislation attempting to address the security issues, were implemented. Plaintiff(s) allege no amount of money or legislation can fix the problem with the electronic election systems. (cont.)

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:
Abuse and devastation of our Constitutional rights and protections by our elected officials. Plaintiff(s) were and continue to be denied quality, accuracy, and effectiveness of our individual votes to ensure our representative servants are lawfully elected by the consent of the governed for the protection against tyranny and for healthy maintenance of our Republican form of government afforded to us by our

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B.      ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C.      Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Maureen E. Clark*

Plaintiff's name *(print clearly or type)*: Maureen E. Clark

Plaintiff's mailing address: 3811 Formby Road

City Naperville        State IL        ZIP 60564

Plaintiff's telephone number: ( 312)735-3084                    .

Plaintiff's email address *(if you prefer to be contacted by email)*: maureendavis73@gmail.com

15.     Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**Complaint Form – Supplemental Information**

ROCHELLE M. MALY, acting pro se, MAUREEN E. CLARK, acting pro se, JAMES R. STIRN, acting pro se, JENEANE L. FERGUSON, acting pro se

      Plaintiff,

  v.

GOVERNOR J.B. PRITZKER, ILLINOIS STATE BOARD OF ELECTIONS *et al*

      Defendant.


3. Plaintiff's full name is: Maureen E. Clark, acting pro se

Plaintiff's full name is: James R. Stirn, acting pro se

Plaintiff's full name is: Jeneane L. Ferguson, acting pro se


4. Defendant, Illinois State Board of Elections, et al

X an officer or official employed by the State of Illinois.


5. The municipality, township, or county under whose authority defendant officer or official acted is Sangamon.

6. and/or conspiring actors.

Plaintiff(s) further allege Ill. Admin. Code tit. 26, § 213.50 as unconstitutional as it results in a centralized voting process, abdicating primary responsibility for the administration of elections to the Federal Government, in violation of Article I, Section 4, cl. 1.1 to the United States Constitution.

10.    Our election process is compared to other sectors per Congressional and Senate testimony. As such, Plaintiff(s) allege the same security issues that plague those sectors apply to this one as well. There was a major security breach that occurred for 9 months that happened to overlap the 2020 General Election that sent shockwaves through the industry. This breach was undetected by elite cybersecurity professionals for that length of time and related testimony acknowledges the extent of the breach and full recovery may not be known for years. Plaintiff(s) allege the same is true for our electronic election system such that if the most elite of cyber experts did not detect cyber security breaches for an extended duration of time and are on record as saying we may not know for years to come the extent of the breach, then it stands to reason the same is true of our electronic election process.

Further, Plaintiff(s) allege the Framers of our Constitution did not anticipate a high-tech election process for which the majority of voters do not understand, and which is further lacking in understanding

stemming from Voting System vendors' proprietary claims on software and implementation thereof. Congressional testimony has acknowledged this as a reason for disenfranchisement.

While enrollment in the Cyber Navigator Program is voluntary, Plaintiff(s) allege it is not legitimately so as the election process is already underfunded and one funding stream for Election Authorities to fulfill their obligation requires them to engage the Federal Government to get additional funding. This "voluntary" program has resulted in all 109 election jurisdictions enrolling in the program such that the Federal Government is involved in all of our elections.

12. ancestors and for the benefit of our successors.

Disenfranchisement stemming from the voter's lack of understanding high-tech election process.

Centralized voting process, abdicating primary responsibility for the administration of elections to the Federal Government, in violation of Article I, Section 4, cl. 1.1 to the United States Constitution.