

**FILED** AXK
9/26/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MAUREEN E. CLARK, ROCHELLE M. MALY, JAMES R. STIRN, and JENEANE L. FERGUSON, *acting pro se*, <br><br> Plaintiffs, <br><br> v. <br><br> J.B. PRITZKER, *in his official capacity as Governor*; IAN K. LINNABARY, CASANDRA B. WATSON, WILLIAM J. CADIGAN, LAURA K. DONAHUE, TONYA L. GENOVESE, CATHERINE S. MCCRORY, WILLIAM M. MCGUFFAGE, RICK S. TERVEN, SR. *in their official capacities at the Illinois State Board of Elections,* <br><br> Defendants. | No. 1:22-cv-04778 |

**Exhibit 1:**
**Terpsehore Maras Affidavit – Expert Witness**

### Declaration of Terpsehore "Tore" Maras

Pursuant to 28 U.S.C Section 1746, I, Terpsehore "Tore" Maras, make the following declaration:

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I have been a private contractor with experience gathering and analyzing foreign intelligence and acted as a LOCALIZER during the deployment of projects and operations both OCONUS and CONUS. I am a trained Cryptolinguist, hold a completed degree in Molecular and Cellular Physiology and have FORMAL training in other sciences such as Computational Linguistics, Game Theory, Algorithmic Aspects of Machine Learning, Predictive Analytics among others.

3. I have operational experience in sources and methods of implementing operations during elections both CONUS and OCONUS.

4. I am an amateur network tracer and cryptographer and have over two decades of mathematical modeling and pattern analysis.

5. In the timeframe spanning from 1999 to 2014, I held a role where I was primarily accountable for the oversight and delegation of implementation tasks. My responsibilities extended to liaising with other contractors who were sub-contracted to work with U.S. agencies or those within the 9 EYES intelligence alliance. One of my core duties was to identify and assess the suitability of subcontractors who would be capable of managing intricate aspects of the project, specifically what we termed as "micro-operations."

6. Micro-operations can be understood as granular, highly specialized tasks that are essential to the larger objectives but require specific expertise or technical know-how. These could involve anything from setting up secure communication channels, designing fail-safes for data storage, to configuring specialized hardware or software. They are often the building blocks that ensure the robustness and effectiveness of the broader systems in place. In addition, in the context of our projects, "micro-operations" referred to highly nuanced, technical tasks vital to both localization and psychological strategies. Localization micro-operations could involve tailoring content, interfaces, or systems to fit culturally and linguistically distinct markets or demographics. These are not just abstract theoretical constructs; they are concrete actions requiring a deep understanding of psychology and decision-making processes. For instance, we would apply game theory models to predict the behavior of targeted groups and then formulate psychological tactics to guide their decisions towards outcomes favorable to our objectives.

7. This level of precision is critical for the success of information dissemination in different regions, ensuring messages resonate with local norms and values.

8. The role required a deep understanding of connectivity options and networking infrastructure, as well as the capability to match these technical requirements with the subcontractors who had the skill sets to meet them. It was crucial to ensure that these subcontractors not only had the technical qualifications but also the security clearances and reliability to work on sensitive projects linked to national security or international intelligence cooperation. In fulfilling this role, my expertise extended beyond merely understanding the technical aspects of networking and connectivity. I also had to ensure that the subcontractors we engaged had both the specialized skills and the requisite security clearances. It was vital that these teams could be entrusted with highly sensitive missions that often had national or even international security implications. Therefore, the role demanded a multidisciplinary approach, fusing technical acumen with a nuanced understanding of human behavior and geopolitical contexts.

9. My expertise lies in my personal understanding and skill set, particularly in identifying connections between various companies. This capability is further corroborated by my proficiency in cryptography, which I both understand deeply and can formally attest to. This specialized knowledge serves as tangible evidence of the relationships I discern among these entities.

10. I am WELL versed due to my assignments during my time as a private contractor of how elections OCONUS (for countries I have had an assignment at) and CONUS (well versed in HAVA ACT) and more.

11. My information is my personal knowledge and ability to detect relationships between the companies and validate that with the cryptographic knowledge I know and attest to as well as evidence of these relationships.

12. In 1998 the CIA was alerted to an algorithm created by Georgoudis, Leroux, and Chaves and was submitted to the AES (Advanced Encryption Standard) by TecApro, a software company from Costa Rica for a competition. He created a FROG as a block cipher, a type of cryptographic algorithm designed to encrypt and decrypt blocks of data and during the decryption phase has the ability to alter or have a program to instruct the decryption key to alter the plain text.

13. All Electronic Voting Systems utilize FROG-type ciphers for encryption purposes, which is basically an algorithm – ballot goes in as plaintext, a secret key encrypts it and then the same key decrypts it and then it comes out as plaintext again as part of the anonymizing vote process.

14. FROG-like cyphers uses the secret key as data and also a set of guidelines and instruction to create, combine or alter the data such that the secret key (decipher key) is used as a program. The FROG-like cypher interprets the data as the key instructs resulting in the manipulation of the vote tallies to a desired outcome.

15. Consequently, every FROG-like cypher is compromised because there is a Master Key.

16. There are only a very few people who know about the existence of the Master Key and I am one of them as I was present in 1999 when the creators pitched it to former top brass namely, John Brennan, James Clapper, General Hayden, General Jones, John McCain and up and coming tech giants.

17. The original FROG was purchased by the Central Intelligence Agency through a DARPA fund in 1999. DARPA developed and deployed it out of a fictious address that leads to a residence between 2003 and 2005, and they successfully deployed it for the first time in the United States during the 2004 election.

18. All US and Global elections since 2000 have made use of FROG-like encryption and all have Master Keys; consequently, all US elections since 2000 have been compromised.

19. To understand what I observed during the 2020, I will walk you through the process of one ballot cast by a voter.

20. STEP 1 |Config Data | All non e-voting data is sent to Scytl (offshore) for configuration of data. All e-voting is sent to CONFIGURATION OF DATA then back to the e-voting machine and then to the next phase called CLEANSING.

    "OR Proof" Concerns: Mathematicians coin this as an "or proof," indicating that the system can take multiple pathways to ensure a predetermined outcome. If the algorithm detects that the current real-time vote tallies would lead to an undesired result ("partial pivot"), it would either self-adjust or require manual changes such as block allocation and parameter narrowing to meet the predetermined outcome.

    FURTHER ELABORATION:

    **Factual Basis:** Secure e-voting systems aim for transparency, verifiability, and security, with no room for predetermined outcomes. The idea of sending vote data offshore for "configuration" is inconsistent with secure and transparent electoral processes. Similarly, any algorithm that pre-tallies votes to a predetermined outcome undermines the entire notion of a free and fair election.

    **Cryptographic Concerns:** Transferring voting data across networks raises issues of data integrity and confidentiality, which are typically addressed using cryptographic techniques like digital signatures and secure communication channels.

21. STEP 2|CLEANSING | The Process is when all the votes come in from the software run by Dominion and get "cleansed" and put into 2 categories: invalid votes and valid votes. The criteria for what makes a vote valid or invalid could be manipulated or rigged to fit the predetermined outcome.

**Factual Basis**: The concept of "cleansing" as a way to categorize "valid" and "invalid" votes usually takes place during the voting process itself, where the voting software is designed to only accept valid inputs. Post-election cleansing generally only occurs in the form of a recount or audit.

**Cryptographic Concerns:** Any post-election manipulation of vote categorization would likely involve decryption and re-encryption, operations that should be logged and auditable to maintain the integrity and verifiability of the election.

22. STEP 3|Shuffling /Mixing | This step is the most nefarious and exactly where the issues arise and carry over into the decryption phase. Simply put, the software takes all the votes, literally mixes them and then re-encrypts them. This is where if ONE had the commitment key- TRAPDOOR KEY – one would be able to see the parameters of the algorithm deployed as the votes go into this mixing phase, and how algorithm redistributes the votes.

**Factual Basis**: Shuffling or mixing votes should not be a practice in secure e-voting systems. Votes should in theory be typically encrypted individually and tallied in a way that maintains voter anonymity while ensuring verifiability and integrity.

**Trapdoor Key aka Master/Secret Key:** The concept of a "Trapdoor Key" is akin to a master key that could decrypt any vote. In a secure system, such a key should not exist, or if it does for the purpose of auditability, its use should be highly restricted and logged. The possession of such a key could indeed allow manipulation, but its very existence would be a significant security vulnerability.

**Cryptographic Concerns**: The existence of the master key defeats cryptographic measures aimed at ensuring one-person-one-vote, voter anonymity, and vote integrity.

23. This published PAPER FROM University College London depicts how this shuffle works. In essence, when this mixing/shuffling occurs, then one doesn't have the ability to know that vote coming out on the other end is actually their vote; therefore, ZERO integrity of the votes when mixed.

24.

## Background – ElGamal encryption

- **Setup:** **Group $g$ of prime order q with genera tor** g

- **Public key:** $pk = y = gX$

- **Encryption:** $\partial pk\,(m\,;\,r) = (gr,\,yrm)$

- **Decryption:** $Vx(u,\,v) = vu\text{-}x$

- **Homomorphic:**

  $8pk\,(m\,;\,\mathbf{r}) \times 8pk\,\mathbf{(M;\,R)} = cpSk\,(m\,M\,;\,r + \mathbf{R})$

- **Re-rencryption:**

  $8pk\,(m\,;\,\mathbf{r}) \times 8pk(1;\,\mathbf{R}) = \partial pk\,(m\,;\,r + \mathbf{R})$



25. When this mixing/shuffling occurs, then one does not have the ability to know that vote coming out on the other end is acn1ally their vote; therefore, ZERO integrity of the votes.

26. When the votes are sent to Scytl via Dominion Software EMS (Election Management System) the Trap Door is accessed by Scytl or TRAP DOOR keys (Commitment Parameters).

27. 

28. The encrypted data is shifted into Scytl's platform in the form of ciphertexts - this means it is encrypted and a key based on commitments needed to read the data. The ballot data can only be read if the person has a key that is set on commitments.

29. A false sense of security is provided to both parties that votes are not being "REPLACED" during the mixing phase. Basically, Scytl re-encrypts the ballot data that comes in from Dominion (or any other voting software company) as ciphertexts. Scytl is supposed to prove that votes A, B, C are indeed X, Y, Z under their new re-encryption when sending back the votes that are tallied coding them respectively. This is done by Scytl and the Election Software company that agrees to certain terms.

30. "Generators" and therefore together build "commitments."

```
public CommitmentParams(final ZpSubgroup group, final int n) {
    group = group;
    h = GroupTools.getRandomElement(group);
    commitmentlength = n;
    g = GroupTools.getVectorRandomElement(group,
this.commitmentlength);
    }

    // from getRandomElement(group)
Exponent randomExponent = ExponentTools.getRandomExponent(group.getQ());
return group.getGenerator().exponentiate(randomExponent);
```

31. Scytl and Dominion have an agreement – only the two would know the parameters. This means that access is able to occur through backdoors in hardware if the parameters of the commitments are known in order to alter the range of the algorithm deployed to satisfy the outcome sought in the case of algorithm failure.

32. Trapdoor is a cryptotech term that describes a state of a program that knows the commitment parameters and therefore is able change the value of the commitments however it likes. In other words, Scytl or anyone that knows the commitment parameters can take all the votes and give them to any one they want. If they have a total of 1000 votes an algorithm can distribute them among all races as it deems necessary to achieve the goals it wants. (Case Study: Estonia)



$$\text{Commitment}_{CRYPT} = CM_C$$

Scyti sets    commitment - simple math

$$CM_c(\bar{\alpha}; r) = H \, \mathcal{T}_{\cdot}^{\;n} = 1 \cdot q_{\cdot}^{\;z_i}$$

$$CM_C(\vec{\alpha}; r) = H^r + \sum_{i=1}^n (\alpha_i - z_i) e_i \, \mathcal{T}_{i-1}^{\;n} \, g_i^{z_i e_i}$$

$$C_{M_c}(\vec{\alpha}; r) = CM_c(\vec{z}; r')$$

$$r' = r + \sum_{i=1}^n e_i (a_i - z_i).$$

33.

34. Within the trapdoor this is how the algorithm behaves to move the goal posts in elections without being detected by this proof . During the mixing phase this is the algorithm you would use to "reallocate" votes via an algorithm to achieve the goal set.

35. STEP 4|Decryption would be the decryption phase and temporary parking of vote tallies before reporting. In this final phase before public release the tallies are released from encrypted format into plain text. As previously explained, those that know the trapdoor can easily change any votes that the randomness is applied and used to generate the tally vote ciphertext. Thus, in this case, Scytl who is the mixer can collude with their vote company clients or an agency designated to change votes and get away with it. This is because the receiver doesn't have the decryption key so they rely solely on Scytl to be **honest** or free from any foreign actors within their backdoor or the Election Company (like Dominion) that can have access to the key. This refers to the stage where encrypted vote data are decrypted to reveal the actual vote tallies. These tallies are then ready to be publicly disclosed.

36. Temporary Parking of Vote Tallies: It is suggested by their own filed patents that there is a period of time between decryption and public reporting during which the vote tallies are stored in plaintext. This temporary state can be a vulnerable point in the voting process, especially if there are inadequate security measures in place.

37. Trapdoor and Randomness: Here, the "trapdoor" refers to a secret backdoor or master key that allows privileged access to the system. "Randomness" suggests that some part of the encryption or tallying process involves random variables, which are normally included to enhance security. However, if someone has access to the trapdoor, they can manipulate these variables and alter the voting outcome. The trapdoor and randomness is confirmed by all the patents they hold and cited attached to this affidavit as Exhibits Q-1 and Q-2

38. Role of Scytl and Other Parties: In this example, Scytl is the organization responsible for mixing and decrypting votes. The statement suggests that because they have access to the "trapdoor," they can collude with their clients or other agencies to manipulate votes.

39. Issue of Trust and Foreign Actors: Since Scytl handles the decryption, the receiving party (presumably an election authority) has to trust them to act honestly. But because they don't have the decryption key themselves, they can't verify the integrity of the data. This becomes a critical issue if Scytl is compromised, either by internal dishonesty or external actors. The presence of foreign ownership in companies used for critical election infrastructure, such as Dominion being a subsidiary of a global foreign entity, raises significant national security concerns for the United States. These concerns become particularly urgent when such companies hold "Master Keys" for auditability purposes. The fact that these keys are not subject to inspection, possession, or even acknowledgment by the U.S. Government—despite the government being a client of these services—heightens the risk and warrants immediate and rigorous scrutiny.

40. Summary and Implications - Centralization of Trust: One organization having control over decryption creates a single point of failure.

41. Lack of Verifiability: Parties who should be able to verify vote integrity can't do so because they don't have access to the decryption key.

42. Potential for Collusion and Manipulation: The existence of a "trapdoor" key allows for the potential manipulation of election results, either unilaterally by Scytl or through collusion with other parties.

43. In essence, the design described poses significant security and integrity risks, making it potentially unsuitable for a process as critical and sensitive as democratic voting.

44. In fact, a study from the University of Bristol made claim that interference can be seen when there is a GREAT DELAY in reporting and finalizing numbers University of Bristol : How not to Prove Yourself: Pitfalls of the Fiat-Shamir Heuristic and Applications to Helios

45. "Zero-knowledge proofs of knowledge allow a prover to convince a verifier that she holds information satisfying some desirable properties without revealing anything else." David Bernhard, Olivier Pereira, and Bogdan Warinschi.

preparation, or by forcing server-side encryption. Though more demanding, the effect of this attack can also be more severe as the single actively corrupted voter now only needs to submit a regular ballot.

In all cases, including for approval elections (such as the 2011 IACR election) for which our first attack on verifiability applies, there remain possibilities to remove the concerns that our attacks may raise. For instance, a (possibly independent) set of trustees could be asked to run a mixnet on the ciphertexts posted on the bulletin board of the considered elections, which could then be followed by the individual decryption of all shuffled ballots. An invalid ballot would then be detected immediately, and the trustees would not be able to cheat on the decryption of a second ciphertext.

46. Hence, you cannot prove anyone manipulated anything. The TRAP DOOR KEY HOLDERS can offer you enough to verify to you what you need to see without revealing anything and once again indicating the inability to detect manipulation. **ZERO PROOF of INTEGRITY OF THE VOTE.**

47. Therefore, if decryption is challenged, the administrator or software company that knows the trap door key can provide you proof that would be able to pass verification (blind). This was proven to be factually true in the case study by The University of Melbourne in March. White Hat Hackers purposely altered votes by knowing the parameters set in the commitments and there was no way to prove they did it – or any way to prove they didn't.

48. IT'S THE PERFECT THREE CARD MONTY. That's just how perfect it is. They fake a proof of ciphertexts with KNOWN "RANDOMNESS". This rolls back to the integrity of the VOTE. The vote is not safe using these machines not only because of the method used for ballot "cleansing" to maintain anonymity but the EXPOSURE to foreign interference and possible domestic bad actors.

49. In many circumstances, manipulation of the algorithm is NOT possible in an undetectable fashion. This is because it is one point heavy. Observing the elections in 2020 confirmed the deployment of an algorithm due to the BEHAVIOR which is indicative of an algorithm in play that had no pivoting parameters applied.

50. The behavior of the algorithm is that one point (B) is the greatest point within the allocated set. It is the greatest number within the A B points given. Point A would be the smallest. Any points outside the A B points are not necessarily factored in yet can still be applied.

51. The points outside the parameters can be utilized to a certain degree such as in block allocation.

52. The algorithm geographically changed the parameters of the algorithm to force blue votes and ostracize red.

53. Post block allocation of votes the two points of the algorithm were narrowed ensuring a BIDEN win hence the observation of NO Trump Votes and some BIDEN votes for a period of time.



54.

55. Gaussian Elimination without pivoting explains how the algorithm would behave and the election results and data from Michigan confirm FAILURE of algorithm.



56. The "Digital Fix" observed with an increased spike in VOTES for Joe Biden can be determined as evidence of a pivot. Normally it would be assumed that the algorithm had a Complete Pivot. Wilkinson's demonstrated the guarantee as:

$$\frac{\|U\|_\infty}{\|A\|_\infty} \leq n^{\frac{1}{2} \log(n)}$$

57.

58. Such a conjecture allows the growth factor the ability to be upper bound by values closer to n. Therefore, complete pivoting can't be observed because there would be too many floating points. Nor can partial as the partial pivoting would overwhelm after the "injection" of votes. Therefore, external factors were used which is evident from the "DIGITAL FIX"

59. Observing the elections, after a review of Michigan's data a spike of 54,199 votes to Biden. Because it is pushing and pulling and keeping a short distance between the 2 candidates; but then a spike, which is how an algorithm presents; - and this spike means there was a pause and an insert was made, where they insert an algorithm. Block spikes in votes for JOE BIDEN were NOT paper ballots being fed or THUMB DRIVES. The algorithm block adjusted itself and the PEOPLE were creating the evidence to BACK UP the block allocation.

60. I have witnessed the same behavior of the election software in countries outside of the United States and within the United States. In Ukraine, the elections conducted behaved in the same manner by allocating BLOCK votes to the candidate "chosen" to win.

61. Observing the data of the contested states (and others) the algorithm deployed is identical to that which was deployed in 2012 providing Barack Hussein Obama a block allocation to win the 2012 Presidential Elections.

62. The algorithm looks to have been set to give Joe Biden a 52% win even with an initial 50K+ vote block allocation was provided initially as tallying began (as in case of Arizona too). In the am of November 4, 2020 the algorithm stopped working, therefore another "block allocation" to remedy the failure of the algorithm. This was done manually as ALL the SYSTEMS shut down NATIONWIDE to avoid detection.



# GEORGIA

Nov. 4th
6:34:50 am
+107,040 votes

BIDEN INJECTION

ELECTION DAY          NOV 4 - 7    BACKDATED BIDEN MAIL IN BALLOTS

NOV 3 - NOV 7

*DATA SOURCED FROM NEW YORK TIMES

**SUMMARY**

- The spike on the morning of Nov. 4 resulted in a net increase of 107,040 to Biden's total
- A spike means that a large number of votes were injected into the totals
- A normal vote pattern would look like a natural progression – smooth without

63.

64. In Georgia during the 2016 Presidential Elections a failed attempt to deploy the scripts to block allocate votes from a centralized location where the "trap-door" key lay an attempt by someone using the DHS servers was detected by the state of GA. The GA leadership assumed that it was "Russians" but later they found out that the IP address was that of DHS.

65. In the state of Wisconsin, we observed a considerable BLOCK vote allocation by the algorithm at the SAME TIME it happened across the nation. All systems shut down at around the same time.



Total presidential votes for each party so far, with 89 percent of Wisconsin's expected vote counted as of 6:23 a.m on Nov. 4

2 million votes

An estimated 381k more votes have not yet been counted

Brown and Kenosha counties are still counting.

Democratic votes

66.

67. I can personally attest that in 2013 discussions by the Obama / Biden administration were being had with various agencies in the deployment of such election software to be deployed in Ukraine in 2013.

68. On or about April 2013 a one year plan was set to fund and usher elections in Ukraine.

69. Joe Biden was designated by Barack Hussein Obama to ensure Ukraine accepted assistance.

70. John Owen Brennan and James (Jim) Clapper were responsible for the ushering of the intelligence surrounding the elections in Ukraine.

71. Under the guise of Crisis support the US Federal Tax Payers funded the deployment of the election software and machines in Ukraine signing on with Scytl.

**The White House**
Office of the Press Secretary

For Immediate Release  SHARE THIS

 TWITTER

 FACEBOOK

 EMAIL

# FACT SHEET: U.S. Crisis Support Package for Ukraine

President Obama and Vice President Biden have made U.S. support for Ukraine an urgent priority as the Ukrainian government works to establish security and stability, pursue democratic elections and constitutional reform, revive its economy, and ensure government institutions are transparent and accountable to the Ukrainian people. Ukraine embarks on this reform path in the face of severe challenges to its sovereignty and territorial integrity, which we are working to address together with Ukraine and our partners in the international community. The United States is committed to ensuring that Ukrainians alone are able to determine their country's future without intimidation or coercion from outside forces. To support Ukraine, we are today announcing a new package of assistance totaling **$50 million** to help Ukraine pursue political and economic reform and strengthen the partnership between the United States and Ukraine.

72.

73. Right before the Ukraine elections it was alleged that CyberBerkut a pro-Russia group infiltrated Ukraine's central election computers and **deleted key files** (Master Key). These actions supposedly rendered the vote tallying system inoperable.

74. In fact, the KEY FILES were the Commitment keys to allow Scytl to tally the votes rather than the election machines. The group had disclosed emails and other documents proving that their election was rigged and that they tried to avoid a fixed election.

75. The elections were held on May 25, 2014, but in the early AM hours the election results were BLOCKED and the final tally was DELAYED flipping the election in favor of Poroshenko.

76. The claim was that there was a DDoS attack by Russians when in actual fact it was a mitigation of the algorithm to inject block votes as we observed was done for Joe Biden because the KEYS were unable to be deployed. In the case of Ukraine, the trap-door key was "altered"/deleted/ rendered ineffective. In the case of the US elections, representatives of Dominion/ ES&S/ Smartmatic/ Hart Intercivic would have to manually deploy them since if the entry points into the systems seemed to have failed.

77. The vote tallying of all states NATIONWIDE stalled and hung for days – as in the case of Alaska that has about 300K registered voters but was stuck at 56% reporting for almost a week.

78. This "hanging" indicates a failed deployment of the scripts to block allocate remotely from one location as observed in Ukraine on May 26, 2014.

79. This would justify the presence of the election machine software representatives making physical appearances in the states where the election results are currently being contested.

80. A Dominion Executive appeared at the polling center in Detroit after midnight.

81. The significance of VSTLs being accredited and examining the HARDWARE is key. Commercial off-the-shelf software updates for hardware are typically the avenues of entry into the network.

82. For example, an update of Verizon USB Modem Pantech undergoes multiple software updates a year for its hardware. That is most likely the point of entry into the systems.

83. During the 2014 elections in Ukraine it was the modems that gave access to the systems where the commitment keys were deleted.

84. I can personally attest that high-level officials of the Obama/Biden administration and large private contracting firms met with a software company called GEMS which is ultimately the software ALL election machines run now running under the flag of DOMINION.

85. **Election Infrastructure as Critical Infrastructure**: It's true that in January 2017, the U.S. Department of Homeland Security (DHS) designated election infrastructure as a "Critical Infrastructure Subsector," but it didn't mean that all election systems are "housed all under DHS server network." The Cares Act, established that all State Digital Networks be housed, monitored and carried by DHS. The designation alleged for more focused federal assistance to state and local election officials, but elections that are primarily managed at the state and local level in the U.S. have now forfeited that control and digital sovereignty.

86. DHS Server Network: The assumption that election systems are all under a DHS server network broad but primarily focus on a contractor(private) who exclusive to DHS in regards to election security Each state, and often each county, is supposed to manage its own election infrastructure, which usually includes its own servers but now the servers are housed and monitored by DHS according to the CARES ACT they now have full unfettered access for security of course to own, mine, observe, maintain and protect all state IP addresses.

87. GEMS Software: GEMS (Global Election Management System) is a software used for election systems, developed by a company originally named Global Election Systems and later purchased by Diebold Election Systems. It's not accurate to say that "ALL election machines" run GEMS software, as there are multiple vendors and different types of election systems used across U.S. jurisdictions and foreign jurisdictions that have built upon the GEMS program to provide more bells and whistles.

88. Dominion: Dominion Voting Systems is one of many companies that provide hardware and software for electoral systems, but it is distinct from GEMS as per their patent to allow more regional control to altering and changing ballots and outcomes. Claiming all election machines are now "running under the flag of DOMINION" may be an oversimplification or inaccurate depending on the jurisdiction and specific machines used but commonly done so as the core software GEMS which the system was built on exists.

89. GEMS was manifested from SOE software purchased by SCYTL developers and US Federally Funded persons to develop it.

90. The only way GEMS can be deployed across ALL machines is IF all counties across the nation are housed under the same server networks. This is evident with DHS now housing all networks of states under their jurisdiction which in essence has FEDERALIZED our elections on a technical basis considering Secretary of States are also considered Federal Employees of DHS further blurring the lines of state and federal jurisdiction in elections.

91. GEMS was tasked in 2009 to a contractor in Tampa, FL.

92. GEMS was also fine-tuned in Latvia, Belarus, Serbia and Spain to be localized for EU deployment as observed during the Swissport election debacle.

93. John McCain's campaign assisted in FUNDING the development of GEMS web monitoring via WEB Services with 3EDC and Dynology.

Image# 13941014755

## SCHEDULE B–P
## ITEMIZED DISBURSEMENTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

| FOR LINE NUMBER: | | PAGE 7358 / 8595 |
|---|---|---|
| (check only one) | | |

| X | 23 | 24 | 25 | 26 | 27a |
|---|---|---|---|---|---|
| | 27b | 28a | 28b | 28c | 29 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
JOHN MCCAIN 2008, INC.

---

Full Name (Last, First, Middle Initial)
**A. 3EDC LLC**

Mailing Address 211 NORTH UNION ST STE 200

| City | State | Zip Code |
|---|---|---|
| ALEXANDRIA | VA | 22314 |

Purpose of Disbursement
WEB SERVICE

Candidate Name

| Office Sought: | House | Disbursement For: 2008 |
| | Senate | X Primary  General |
| | President | Other (specify) ▼ |
| State: | District: | |

Date of Disbursement
03   17   2008

Transaction ID : SB23.10515

Amount of Each Disbursement this Period
399916.09

Category/Type

---

Full Name (Last, First, Middle Initial)
**B. A FARE EXTRAORDINAIRE**

Mailing Address 2035 MARSHALL

| City | State | Zip Code |
|---|---|---|
| HOUSTON | TX | 77098 |

Purpose of Disbursement
FACILITY RENTAL/CATERING

Candidate Name

| Office Sought: | House | Disbursement For: 2008 |
| | Senate | X Primary  General |
| | President | Other (specify) ▼ |
| State: | District: | |

Date of Disbursement
03   17   2008

Transaction ID : SB23.10049

Amount of Each Disbursement this Period
23697.69

Category/Type

---

Full Name (Last, First, Middle Initial)
**C. ADMINISTAFF**

Mailing Address PO BOX 203332

| City | State | Zip Code |
|---|---|---|
| HOUSTON | TX | 77216 |

Purpose of Disbursement
INSURANCE

Candidate Name

| Office Sought: | House | Disbursement For: 2008 |
| | Senate | X Primary  General |
| | President | Other (specify) ▼ |
| State: | District: | |

Date of Disbursement
03   05   2008

Transaction ID : SB23.10117

Amount of Each Disbursement this Period
483.68

Category/Type

---

Subtotal Of Receipts This Page (optional) ▶   424097.46

Total This Period (last page this line number only) ▶

---

94. AKAMAI Technologies services SCYTL.

95. That there was Foreign interference, complicit behavior by the previous administrations from 1999 up until today to hinder the voice of the people and US persons knowingly and willingly colluding with foreign powers to steer our 2020 elections that can be named in a classified setting.

96. Foreign nationals assisted in the creation of GEMS (Dominion Software Foundation).

97. Foreign investments and interests funded the creation of the GEMS software.

98. For all the reasons above a complete failure of duty to provide safe and just elections are observed.

99. For the people of the United States to have confidence in their elections our cybersecurity standards should not be in the hands of foreign nations.

100. Those responsible within the Intelligence Community directly and indirectly by way of procurement of services should be held accountable for assisting in the development, implementation and promotion of GEMS.

101. General Hayden advised me that he commissioned GEMS.

102. In conclusion, I note as follows:

103. **Primary "Entry" Plan** - Inside Access: The entity has access to the voting system's backend and can influence or replace the keys that will be used for encryption and decryption.

104. Crafting a Malicious Key: Through deep analysis and trial and error, the entity crafts a very specific key that, when used in FROG-like decryption processes, performs not just the standard operations but also additional, non-standard operations that alter the vote counts.

105. Encryption: Votes are encrypted using FROG-like cyphers, but with standard keys. The entity ensures that this part of the process remains untampered, so as not to raise suspicion.

106. **ENTITY DEPLOYMENT** - Vote Collection: Votes are encrypted and collected in a secure database.

107. Swapping the Keys: Just before the decryption process starts, the entity swaps the original decryption key with their malicious key (as in the case of Ukraine 2014).

108. Decryption with Tampering: When the votes are decrypted, FROG acts as an interpreter for the entity's malicious key, altering the vote counts during the decryption process. For instance, some votes for "Candidate A" might be flipped to "Candidate B".

109. **How the Cipher Allows for This -** Key as a Program: In FROG's design, the key dictates not just the data operations but also the sequence in which they occur. The entity's key includes hidden instructions to not only decrypt the data but also to subtly modify it.

110. Complex Key Schedule: FROG's complicated key schedule makes it difficult to quickly identify the malicious key's abnormal behavior, buying the villain more time before they are caught.

111. Variable Block and Key Size: The flexibility in block and key size allows the villain to craft a key that fits the specific data structure of the votes, making the tampering more targeted and difficult to detect.

112. **RESULTS -** The votes are decrypted, and the results are altered in favor of the candidate the entity supports. It may take a while for the heroes of the story to figure out what went wrong, and they'll have to delve into the intricacies of FROG-like cyphers and their unique features to trace back the entity's steps.

113. In the case of the United States no one has been advised who has the keys, votes are counting in a "black box" using encrypted counting software (tabulator).

114. When there is no transparency one can speculate. Though, considering that our vote is incredibly sacred, the approach and argument anyone can appreciate is that the secure management of keys is a critical aspect of system security. Mismanaged, leaked, or compromised keys can indeed render a system insecure. This is why secure systems use various measures like key rotation, hardware security modules, and strict access controls to secure keys. The existence of the MASTER KEYS is in itself a vulnerability and warrants inspection.

115. The Trapdoor Key Concern: BLACK BOX TABULATION. The concept of a "Trapdoor Key" or "Master Key" that could decrypt any vote is indeed problematic for the reasons demonstrated throughout my affidavit. A properly designed secure e-voting system, the very architecture should be such that no single entity should have the ability to both generate and use such a key without detection. Any use of such a "powerful" key should be highly restricted, auditable, and perhaps even require multi-party authorization to activate. We need the keys for auditability but who controls the key and if they key is available for audits is not known. In fact, multiple requests to the voting machine companies, DHS and state authorities claim "confidential" or "proprietary information. In other words, we should just trust them?

116. Auditability vs. Anonymity: One of the challenges in e-voting is balancing the need for auditability with the need for voter anonymity. A system that is too transparent and auditable could compromise voter privacy, while a system that is too opaque could be vulnerable to fraud and lack verifiability.

117. Zero-Knowledge Proofs and Homomorphic Encryption: More advanced cryptographic techniques like zero-knowledge proofs and homomorphic encryption are being researched as ways to ensure both verifiability and anonymity without the need for such "Master Keys."

118. Zero-Knowledge Proofs allow one party to prove to another that they know a value (such as a valid vote) without revealing what the value is. Homomorphic Encryption allows computations to be performed on encrypted data without needing to decrypt it first.

119. Should We Use Systems That Require No Keys? While the idea of a "keyless" system may sound appealing, it's difficult to envision how such a system could provide secure authentication, data integrity, and confidentiality—critical requirements for a secure voting system.

120. Given the paramount importance of electoral integrity and the constitutional mandate that individual states oversee their own elections, the continued use of electronic voting technology is a matter of serious concern. These systems, while aimed at enhancing efficiency, have demonstrated vulnerabilities that can compromise the accuracy of the vote— a sacrifice we cannot afford given the sacredness of the democratic process.

121. As the current landscape has moved towards a quasi-federalized structure for elections, the risk of undue federal influence grows, jeopardizing state-level digital sovereignty. The removal of electronic voting systems would not only bolster the public's confidence in electoral outcomes but would also offer the double benefit of reduced expenditure. Current budgets for such technology are exorbitant and ultimately shouldered by the taxpayer.

122. Moreover, we should not overlook the national security implications. Electronic systems are susceptible to interference from foreign actors, creating a vector for threats that compromise the integrity of our democratic institutions.

123. Therefore, it is not only prudent but imperative to reevaluate the role of technology in elections. Abandoning electronic voting systems will not only respect the Constitution's allocation of electoral responsibilities to the states but also serve as a robust safeguard for our national security.

124. With undeniable urgency and given the fact that we possess the means to subpoena journalist Julian Assange—who holds verified, concrete evidence substantiating our intelligence agencies' active role in election manipulation within European countries, a role I can personally vouch for—it is imperative to recognize electronic voting machines as nothing less than weapons of warfare. When our government opts for electronic voting machines to destabilize and ultimately topple foreign governments, these devices transform into weapons of mass destruction. While they may appear bloodless at the outset, the reality is that they can precipitate catastrophic outcomes, as evidenced by the 2014 Ukrainian election which I helped rig on behalf of the U.S. government. Consequently, these machines ought to be classified and dealt with as weapons. Any instrument of this nature deployed against the American populace warrants nothing short of total eradication.

125. If these machines are weaponized to manipulate electoral outcomes beyond our borders, then the logical and urgent conclusion is that they must also be classified as weapons within the United States. Given their inherent vulnerabilities that compromise the integrity of our democratic process, they should be treated as nothing short of weapons of mass disruption. Any such weapon deployed against the American populace warrants immediate and unequivocal eradication. Returning to a technology-free voting environment is not merely a suggestion but an imperative. This shift is essential for eliminating the looming threats of digital interference, reducing the exorbitant costs burdening taxpayers, and reinstating state-led control over elections. Furthermore, it's crucial to curtail the federal government's overreach, which has effectively co-opted all facets of the voting process, either directly or through their favored private contractors.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed this August 25th, 2023.

*Terpsehore Maras*
_____
Terpsehore "Tore" Maras

STATE OF OHIO

COUNTY OF _Licking_____

Sworn to and subscribed before me this 25th day of August, 2023, by
_Terpsehore Maras_____, ( ) who is personally known to me or ( X ) who produced
_Drivers License_____ as identification.

*Adrian L. Adams*
_____
NOTARY PUBLIC, State of _Ohio_____
Commission No. _N/A_____
My commission expires:_09.09.2024_____



ADRIAN L ADAMS
Notary Public
State of Ohio
My Comm. Expires
September 9, 2024

Online Notary Public. This notarial act involved the use of online audio/video
communication technology. Notarization facilitated by SIGNiX®