**FILED**

**EW**

1/7/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **MAUREEN E. CLARK**, **ROCHELLE M. MALY, JAMES R. STIRN**, and **JENEANE L. FERGUSON**, *acting pro se*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 1:22-cv-04778 |
| **J.B. PRITZKER**, *in his official capacity as Governor*; **IAN K. LINNABARY, CASANDRA B. WATSON, WILLIAM J. CADIGAN, LAURA K. DONAHUE, TONYA L. GENOVESE, CATHERINE S. MCCRORY, WILLIAM M. MCGUFFAGE, RICK S. TERVEN, SR**. *in their official capacities at the Illinois State Board of Elections,* | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR MISJOINDER OF PARTIES

I, Maureen E. Clark, am requesting the Court for permission to drop me as a member of the Plaintiff party without prejudice for case 1:22-cv-04778. The reason I am submitting this request is because I need to tend to serious personal family issues that require my full attention at this time. Please know that my intentions for misjoinder are family related and should shed no unfair or negative light on my fellow Plaintiffs. Additionally, I ask that the ruling on this case neither have an impact on me nor relief sought in a future federal suit.

Because I, Maureen E. Clark, serve as the lead Plaintiff and have been issued credentials to submit correspondence to the Court on behalf of the Plaintiffs, I am requesting assistance from the Court to revise the case name and main point of contact for all Court communication submissions to Plaintiff Rochelle M. Maly. This includes assistance with submitting combined response to motions [56] and [58] by tomorrow's due date, 1/8/2024. The response will come from Rochelle Maly, rmaly22@gmail.com, until her credentials are established.

Respectfully submitted this day,

7 January 2024

_/s/ Maureen E. Clark_
Maureen E. Clark, acting pro se
3811 Formby Road
Naperville, IL 60564
312.735.3084
maureendavis73@gmail.com