

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **MAUREEN E. CLARK**, **ROCHELLE M. MALY**, **JAMES R. STIRN**, and **JENEANE L. FERGUSON**, *acting pro se*,<br><br>    Plaintiffs,<br><br>  v.<br><br>**J.B. PRITZKER**, *in his official capacity as Governor*; **CASANDRA B. WATSON, LAURA K. DONAHUE, JENNIFER M. BALLARD CROFT, CRISTINA D. CRAY, TONYA L. GENOVESE, CATHERINE S. MCCRORY, RICK S. TERVEN, SR., AND JACK VRETT** *in their official capacities at the Illinois State Board of Elections,*<br><br>    Defendants. | No. 1:22-cv-04778 |

**PLAINTIFF'S NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT**

Plaintiffs respectfully submit the attached Filing of Supplemental Exhibit "70" in support of Plaintiffs' Second Amended Complaint, ECF 44 and Opposition Response for Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint, ECF 66 filed January 8, 2024. This Transcript of Bench Trial before The Hon. Amy Totenberg, United States District Senior Judge, January 9, 2024, for Curling et al v. Raffensperger et al, No. 1:17-cv-02989-AT (Transcript Volume 7B[1]) - was not available at the time when either ECF 40 or 66 were filed.

Through live demonstration, this transcript further confirms many exploitable vulnerabilities exist in the Dominion Voting Systems' ImageCast X system:

---

[1] https://www.thegatewaypundit.com/wp-content/uploads/2024/01/240118-117-CV-2989-BENCH-TRIAL-VOLUME-7B-FINAL.pdf

1

- Dr. Halderman used a BIC pen to press the ballot marking device's power button for about 5 seconds (applicable to unopened machines that have undergone acceptance testing) to show that anyone has the ability to reboot the machine into safe mode (page 140). It is in safe mode the user can bypass normal election software and gain access to the underlying Android operating system (page 142). It is with this access that a user can:
    - access applications to copy or delete files (page 144).
    - open up files to then edit or change file contents (page 144).
    - change any of the operating system wide settings, remove or install software on the device (page 144).
    - directly install malware (pages 144, 151-152) and preprogrammed script to manipulate vote counting (pages 184-187, 194).
    - type in commands to prompt the computer to respond with more text (page 145).
    - directly access file system and data on the ballot marking devices with further ability to bypass the operating system's normal security controls (pages 146-147).
    - execute commands with elevated access to modify or change any of the data or software that is installed on the device (page 148).
- Confirmation that there are no limits to what someone can do to ballot data or the operating system of the ballot marking device (pages 148-149).
- Confirmation that all items that can be used and/or described by Dr. Halderman to compromise the ballot marking devices are openly available in the marketplace without restrictions (pages 158 & 180).
- Log files can be manipulated to remove evidence of malfeasance. This can be done programmatically (pages 164-165).

- Malware can alter an acceptance tested ballot (page 176).
- Logic and accuracy ("L&A") testing is not an effective countermeasure against someone with access to election definitions before being sent to counties because it can be defeated by malware running on a voting device. Malware can be programmed to recognize that it is under a test and only cheat under circumstances that are not part of the L&A (pages 200-201).
- Malware can be installed remotely to an election definition file without physical access to the Election Management System ("EMS") computer on USB sticks used by workers to move data back and forth. (page 200-203).
- There are multiple ways malicious software can be deployed. One such way is via antivirus software that has access to all of the files and data on a computer necessarily for its operation. It receives software updates on a very frequent basis; daily, if not more often in order to allow the software to detect new threats (pages 204-205).
- On page 218, Dr. Halderman states all of these things (machine vulnerabilities and attacks) worry me… just how easy this machine is to tamper with. It is so far from what would be a secure system.

Further, Dr. Halderman states that he did not discover this BIC pen hack; rather, he first read about it on the Election Assistance Commission's ("US EAC's") website, the federal agency that is responsible for working with state and local election offices. The hack can be found in the EAC technical advisory that Dominion issued to customers that is dated January 16, 2020[2] roughly 6 months before Dr. Halderman received the device (pages 149-151).

Plaintiffs note that the above findings support The Halderman Report that describes serious

---
[2] https://www.eac.gov/sites/default/files/voting_system/files/ICX%20Safe%20ModevFINAL.pdf

vulnerabilities found in Georgia's Dominion ImageCast X ballot marking devices and is crucial to Plaintiffs' previously submitted response to the motions to dismiss.

    Respectfully submitted,

    5 February 2024

*/s/ Maureen E. Clark*
Maureen E. Clark, acting pro se
3811 Formby Road
Naperville, IL 60564
312.735.3084
maureendavis73@gmail.com

*/s/ Rochelle M. Maly*
Rochelle Maly, acting pro se
315 Indiana Court, Unit B
Bloomingdale, IL 60108
630-272-4488
rmaly22@gmail.com

*/s/ James R. Stirn*
James Stirn, acting pro se
49 Thornhill Ct.
Burr Ridge, IL 60527
630.749.8194
jrstirn@criptext.com

*/s/ Jeneane L. Ferguson*
Jeneane L. Ferguson, acting pro se
24312 S. Burr Rd.
Channahon, IL 60410
815.693.9120
jlferf@comcast.net