

FILED
KG
2/5/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **MAUREEN E. CLARK, ROCHELLE M. MALY, JAMES R. STIRN**, and **JENEANE L. FERGUSON**, *acting pro se,*<br><br>       Plaintiffs,<br><br>    v.<br><br>**J.B. PRITZKER**, *in his official capacity as Governor*; **CASANDRA B. WATSON, LAURA K. DONAHUE, JENNIFER M. BALLARD CROFT, CRISTINA D. CRAY, TONYA L. GENOVESE, CATHERINE S. MCCRORY, RICK S. TERVEN, SR., AND JACK VRETT** *in their official capacities at the Illinois State Board of Elections,*<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:22-cv-04778 |

## EXHIBIT 70
### Transcript of 1/9/24 Bench Trial for Curling et al v. Raffensperger et al,
### No. 1:17-cv-02989-AT (Transcript Volume 7B)

**Source:**

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                   ATLANTA DIVISION

3

4    DONNA CURLING, ET AL.,              :
                                         :
5           PLAINTIFFS,                  :
     vs.                                 :   DOCKET NUMBER
6                                        :   1:17-CV-2989-AT
     BRAD RAFFENSPERGER, ET AL.,         :
7                                        :
            DEFENDANTS.                  :
8

9

10       TRANSCRIPT OF BENCH TRIAL - VOLUME 7B PROCEEDINGS

11             BEFORE THE HONORABLE AMY TOTENBERG

12             UNITED STATES DISTRICT SENIOR JUDGE

13                   JANUARY 18, 2024

14

15

16

17

18

19

20

21    MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

22              TRANSCRIPT PRODUCED BY:

23
     OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
24                                   2394 UNITED STATES COURTHOUSE
                                     75 TED TURNER DRIVE, SOUTHWEST
25                                   ATLANTA, GEORGIA  30303
                                     (404) 215-1383

                   UNITED STATES DISTRICT COURT
                   OFFICIAL CERTIFIED TRANSCRIPT

The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

**Certificate:**

```
 1                    C E R T I F I C A T E

 2

 3    UNITED STATES OF AMERICA

 4    NORTHERN DISTRICT OF GEORGIA

 5

 6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

 7    the United States District Court, for the Northern District of

 8    Georgia, Atlanta Division, do hereby certify that the foregoing

 9    246 pages constitute a true transcript of proceedings had

10    before the said Court, held in the City of Atlanta, Georgia, in

11    the matter therein stated.

12        In testimony whereof, I hereunto set my hand on this, the

13    18th day of January, 2024.

14

15

16    _____

17                    SHANNON R. WELCH, RMR, CRR
                       OFFICIAL COURT REPORTER
18                     UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25
```

**Citations from Testimony Transcription from January 18, 2024:**

| Page | Line No. | Citation |
|---|---|---|
| 110 | 15-19 | The Curling Plaintiffs asked me to examine the security of Georgia's election system, including the BMD hardware, in order to understand the vulnerabilities in that system and the risks and to help inform the Court about how those risks might impact individual voters and elections in the future. |
| 111 | 20-22 | The Curling Plaintiffs provided a ballot-marking device and an optical scanner that the Court allowed them to receive from Fulton County. |
| 111 | 25 | I was also provided accessories for that equipment |
| 112 | 1-5 | necessary to operate an election, assorted memory cards, data files, et cetera.<br>**Q.** Do you see the Dominion ICX BMD you were given here in court?<br>**A.** Yes. It is right here. |
| 115 | 1-7 | is that when you say that you're offering Dr. Halderman as an expert in election system security, are you embracing within that software security?<br>MR. ANDREU-VON EUW: Yes.<br>THE COURT: As well as equipment security?<br>MR. ANDREU-VON EUW: The equipment, the protection of the equipment, the software, everything inside it. |
| 117 | 2 | **A.** No. My training is in cybersecurity. |
| 127 | 11-25 | Dr. Halderman, focusing on the ballot-marking device, what did you do to determine if it had vulnerabilities?<br>**A.** Yes. So I applied a methodology called open-ended vulnerability testing. This is an established methodology within the election security field for trying to understand at the security posture of a piece of election equipment. And what that consists of is first taking the software in the device apart to understand its functionality and potential vulnerabilities, then forming hypotheses about how those vulnerabilities might be exploited, and then confirming those hypotheses with experiments based on the data. It is essentially a way of playing the role of an attacker and trying to discover ways to compromise the equipment. And, in general, this methodology considers the equipment as it would be used in a real election and tries to find |
| 128 | 1 | vulnerabilities that would apply in that context. |
| 128 | 4-13 | Did you receive any source code for this device?<br>**A.** No, I did not. This was what is known as black box testing. That is a testing methodology that doesn't benefit from access to source code. So it is certainly more work for the analyst. There is maybe more of a chance that the analysis will fail to find certain vulnerabilities. But on the other hand, it is perhaps a clearer view into what a real attacker without access to source code could also discover. |
| 128 | 17-24 | I also received a copy of the version 5.5.10.32 software's update that Georgia applied in the fall of 2020.<br>**Q.** Okay. Did you ever open up the ballot-marking device?<br>**A.** No. At no point did I open its chassis.<br>**Q.** And this is the -- are you aware if this ICX device in front of you -- if this type of device is publicly available? |

| | | |
|---|---|---|
| | | **A.** Well, Dominion doesn't sell them, to my knowledge, to anyone who isn't a municipality. However, ICX -- |
| 129 | 3-6 | However, an ICX was sold publicly on eBay within the last two years. It was purchased, in fact, by Harri Hursti who is an election security expert who has previously testified in this case. |
| 129 | 12-25 | **Q.** Do you know if anybody else has seen the device, the ICX BMD that Harri Hursti purchased?<br>**A.** Well, yes. So Mr. Hursti runs an annual event called The Voting Village, which is part of DEF CON, one of the world's largest annual hacker conferences. And Mr. Hursti this past year in 2023 brought the ICX that he purchased to DEF CON and made it available to attendees to perform testing on.<br>**Q.** Turning back to your findings, Dr. Halderman, were your findings reviewed by any Government agencies?<br>**A.** My findings in this case, yes. So from when I first discovered the vulnerabilities, I thought it very important to make sure this information was taken through what is known as a responsible disclosure process. That is a process that would get the information into the |
| 130 | 1-10 | hands of parties responsible for the design and operation of the equipment. And so in -- I believe it is January 2022, the Court authorized the Curling Plaintiffs to send my report to CISA, the Cybersecurity and Infrastructure Security Agency. It is the arm of the Department of Homeland Security that is responsible for critical infrastructure and election security. And I worked with CISA through its coordinated vulnerability disclosure program to take the information through responsible disclosure. |
| 131 | 1-3 | **A.** So this is a public vulnerability advisory that CISA produced after the coordinated vulnerability disclosure process was complete. |
| 131 | 22-25 | **Q.** Sir, the CISA document, was this the end result of your disclosure process with CISA?<br>**A.** Yes.<br>**Q.** Does it reflect the vulnerabilities that you discovered? |
| 132 | 1 | **A.** Yes, it does. |
| 133 | 14-15 | MR. ANDREU-VON EUW: The original release date on the face of the document is June 3, 2022. |
| 133 | 18-25 | **Q.** Dr. Halderman, I may have asked you this already, but does this disclosure summarize the vulnerabilities that you found?<br>**A.** Yes, it does.<br>**Q.** Did you prepare a demonstrative summarizing the vulnerabilities that you found and CISA validated?<br>**A.** Yes.<br>**Q.** Sir, let me get in --<br>THE COURT: You're saying you found and CISA found, |
| 134 | 1-5 | or CISA validated?<br>MR. ANDREU-VON EUW: CISA validated.<br>BY MR. ANDREU-VON EUW:<br>**Q.** Dr. Halderman --<br>THE COURT: Yes. |

| 135 | 11-19 | **Q.** Dr. Halderman, could you please demonstrate Vulnerability Number 1. Actually, first, can you please the read the vulnerability as you have summarized it on the board?<br>**A.** Yes. So I have summarized each of the CISA vulnerabilities because CISA's language is a little bit jargony. The first one is that safe mode is accessible and allows installation of malware. |
|-----|-------|------------------------------------------------------------------------------------------|
| 137 | 5-22  | THE WITNESS: I have taken vulnerabilities -- actually, numerous vulnerabilities through responsible disclosure processes with -- in the course of my career. I have also -- and having participated in the CISA process in the course of this report involved spending substantial time with them to make sure that as the discoverer of the vulnerability, I understood the -- the process that they were going to apply.<br>THE COURT: And in working with CISA in terms of your experience in the cybersecurity field professionally, is it -- is coordination or collaboration with CISA in conjunction with this sort of vulnerability assessment accepted as a responsible, integral part of your work as a cybersecurity specialist?<br>THE WITNESS: Oh, yes, absolutely. Responsible disclosure, for instance, through CVD programs like this, when that is the appropriate means of disclosure for a particular class of problems, is absolutely an integral part. |
| 140 | 8-25  | **A.** This is the ballot-marking device that was provided to the Curling Plaintiffs by Fulton County under this Court's – at this Court's direction.<br>**Q.** On the left side of the BMD, there is a sticker and some sort of device. Can you point to it and explain what it is?<br>**A.** Yes. It is -- over on this side, it is a state of Georgia acceptance testing seal, and there is a small barrel seal. They are both covering one of the compartments on the side of the device. These indicate that the machine has undergone Georgia acceptance testing.<br>**Q.** And those seals are not broken because you have never opened the machine; correct?<br>**A.** That's correct.<br>**Q.** Is the machine configured in the same way as you received it?<br>**A.** It is configured in the same way that we received it from Fulton County, except that I have updated the software as |
| 141 | 1-25  | Georgia did following Georgia's procedure to the .32 version which was installed after Fulton County gave us the machine.<br>**Q.** So it is configured in the same way it would be configured for a Georgia voter?<br>**A.** That's right.<br>**Q.** And this machine hasn't been hacked, just to be clear; correct?<br>**A.** That is right.<br>**Q.** It is not in a hacked state; right?<br>**A.** It is not in a hacked state.<br>**Q.** Okay. Can you please demonstrate the first vulnerability on your demonstrative?<br>**A.** Mr. Andreu, can I borrow your pen --<br>**Q.** Here you go. |

| | | |
|---|---|---|
| | | **A.** -- just a second?<br>**Q.** Dr. Halderman, I saw you just put a pen behind the machine. What did you do?<br>**A.** Yes. So the first vulnerability as confirmed by CISA is that by holding down the machine's power button, it is possible to reboot the machine into what is called safe mode. And that power button is covered by a plastic door that is closed with a tamper-evident seal. However, there is a door -- hole in that door where the cables come out for the printer and the machine's power. And |
| 142 | 1-3 | by inserting a tool through that door, it is possible to reach the power button and hold it down. And a pen works well enough. I just used your BIC pen here. You can have it back. |
| 142 | 5-13 | **A.** Now, that caused the machine to reboot into what is called safe mode. This is a mode that bypasses the normal Georgia election software and allows you to get to the underlying Android operating system.<br>**Q.** And I think you might have just answered this, but what do we see on screen right now?<br>**A.** This is the Android desktop, and it is rotated. I'm going to just hit a button here to rotate it so it is right-side-up so that maybe we can all see it just a little bit better. |
| 142 | 18-25 | **Q.** Dr. Halderman, what do you see on the screen?<br>**A.** So in the center, that is a photograph of what is behind the plastic door. The machine's power button is highlighted. And then on the right is a picture of the door in a closed and sealed state, and you can see the right side of the right-most picture the hole through which the cables have to pass.<br>**Q.** Sir, does the ballot-marked -- so what -- is there a seal on the door in the picture? |
| 143 | 1-2 | **A.** Yes. It is a seal of the same type that are typically used in Georgia polling places. It is called a strap seal. |
| 143 | 13-25 | **Q.** Okay. Does the voting machine in front of you have a similar seal to the Georgia seal on the photograph?<br>**A.** Yes, it does.<br>**Q.** Did you cut, break, or in any way damage the seal as you demonstrated the hack?<br>**A.** No, I didn't.<br>**Q.** Can you estimate roughly how long it took you to boot the BMD in front of you into safe mode?<br>**A.** It took just five or ten seconds to effectuate the reboot.<br>**Q.** And I think you answered this a second ago, but what do we see on the screen right now?<br>**A.** This is the Android desktop.<br>**Q.** What version of Android is this? |
| 144 | 1-25 | **A.** The machines run version of Android 5.1.<br>**Q.** Do you know what the current version of Android is?<br>**A.** Oh, I believe it is Android 14.<br>**Q.** Do you know if Android 5 is still supported by its manufacturer?<br>**A.** No, it is not. |

| | | |
|---|---|---|
| | | **Q.** Can you show us what one can do with this level of access?<br>**A.** Sure. So if I do this, I get the Android launcher, and this is a menu of different applications that are installed on the device.<br>**Q.** Can you walk us through some of those applications, please?<br>**A.** Well, here we have the file manager. This is an application that will let me on-screen navigate through the files on the machine. You can use that to copy or delete files or to open them up in an on-screen text editor and edit or even change the contents of the files on the screen. Here, we have the settings icon that allows you to change any of the operating systemwide settings or to remove or install software on the device. So through the settings application is one way that someone could directly install malware using this safe mode vulnerability. Here is another application, the terminal emulator, and that one is particularly powerful. |
| 145 | 1-8 | **Q.** What does the terminal emulator allow you to do?<br>**A.** Well, a terminal is a text-based interface to a computer that allows you to type in commands, usually more advanced commands than you can get to through a graphical interface, and the computer will respond with more text that indicates the result of the command that you have typed.<br>Could I start it?<br>**Q.** Yes. |
| 146 | 1-11 | **A.** Well, among the most powerful commands is something called SU, and that stands for superuser. And the SU command is a way of requesting that the computing device allow you and your subsequent commands to essentially bypass the operating system's normal security controls.<br>**Q.** Is the SU command secret or unique to this device in any way?<br>**A.** No. No. This is a standard Unix operating environment command. It is probably since the 1970s.<br>**Q.** What happens on a typical computer when one types SU?<br>**A.** Well, typically -- |
| 147 | 21-25 | **Q.** Dr. Halderman, what typically happens when one types the SU command?<br>**A.** Well, typically on a computer system, the computer would challenge you for some secret password before allowing you to receive that superuser level of access. |
| 148 | 1-25 | **Q.** Is the password required in the case of the Dominion BMD?<br>**A.** Could I run the command and show you?<br>**Q.** Please.<br>**A.** I'm going to hit the enter key on the on-screen keyboard which will cause the machine to execute the SU command. All right. And instead of asking for a password, it's displayed an on-screen prompt just asking, would I like to allow superuser access, allow or deny. And I'm going to say allow. And now the computer has responded by changing its prompt. It now says root and has a different character here at the end of the string. That indicates that I have received root access, which is another name for superuser access to the device. So now subsequent commands that I type will be able to bypass the security controls.<br>**Q.** Dr. Halderman, what can you do with this root superuser access? |

| | | |
|---|---|---|
| | | **A.** Well, gosh, it -- superuser access would allow me to – to read, to modify, or to change any of the data or software that is installed on the device.<br>**Q.** Are there any limits to what you could do with a ballot -- to a ballot -- excuse me -- using this access?<br>**A.** To the ballot data on the machine? No.<br>**Q.** Are there any limits to what you could do to the election software on the BMD with this access? |
| 149 | 1-25 | **A.** No.<br>**Q.** Are there any limits to what you could do to the operating system of this BMD with this access?<br>**A.** No.<br>**Q.** And to be clear, you were -- sorry, you were going to say something, Dr. Halderman? To be clear, you received this access by sticking a BIC pen in the back of the machine for three seconds; correct?<br>**A.** It may have been five seconds.<br>**Q.** Dr. Halderman, did you discover this vulnerability yourself?<br>**A.** Actually, no, I didn't discover this one myself. I actually first read about this on the US EAC's website.<br>THE COURT: The US EAC is what?<br>THE WITNESS: The EAC, that's the Election Assistance<br>Commission, the federal agency that is responsible for working with state and local election offices.<br>BY MR. ANDREU-VON EUW:<br>**Q.** And what did you see on the Election Assistance Commission's website?<br>**A.** The EAC published a technical advisory that Dominion issued to its customers. It is dated January of 2020. I think that is the first month that Georgia had deployed the Dominion system.<br>MR. ANDREU-VON EUW: Can we put this on screen, |
| 150 | 8-25 | **Q.** Does Tab 3 contain the advisory you are referring about, Dr. Halderman?<br>**A.** Yes. Yes, this is the advisory.<br>**Q.** When is it dated?<br>**A.** January 16, 2020.<br>**Q.** What is the purpose of this advisory?<br>**A.** The purpose, presumably, was to alert customers about this -- this vulnerability.<br>**Q.** Can you please read the first two -- can you please read the first two sentences of the description in the advisory?<br>THE COURT: Which one? By EAC or by Dominion?<br>THE WITNESS: By Dominion.<br>THE COURT: Go ahead.<br>THE WITNESS: It says a scenario exists when it is possible to restart the ICX prime in, quote-unquote, safe mode and access the Android menu. If the mechanical power button behind the ICX door is pressed, a power-down option is presented. At this point, if the power-down screen button is |
| 151 | 1-25 | pressed and held, the safe mode option is presented.<br>BY MR. ANDREU-VON EUW: |

| | | |
|---|---|---|
| | | **Q.** Is this what you did, Dr. Halderman?<br>**A.** Yes.<br>**Q.** Now, I know that the advisory is dated January 2022 [sic]. When did you receive the ballot-marking device?<br>THE COURT: I think it is January --<br>THE WITNESS: Of 2020.<br>THE COURT: -- 2020, not 2022.<br>MR. ANDREU-VON EUW: Thank you, Your Honor.<br>THE WITNESS: I received the ballot-marking device in August of 2020.<br>BY MR. ANDREU-VON EUW:<br>**Q.** So this advisory is roughly half a year before you received the device?<br>**A.** That's correct.<br>**Q.** Okay. Did your demonstration right now demonstrate any other vulnerabilities on the ten vulnerabilities on the board in front of you?<br>**A.** Yes. It also demonstrated the second vulnerability on the list, that the terminal is accessible and allows the installation of malware.<br>**Q.** And that is the one that was assigned CVE 2022-1741 by CISA?<br>**A.** That's right. |
| 152 | 1-25 | **Q.** As of now, have you made any changes to the configuration of this device in front of you?<br>**A.** No.<br>**Q.** Could one install malware from here alone?<br>**A.** Yes.<br>**Q.** Could we -- actually, before we talk more about malware, could we step back and have you demonstrate the normal voting process using this machine.<br>**A.** Okay. So to do that, I'll have to reboot the machine again to exit safe mode.<br>**Q.** Please do.<br>**A.** So I'm going to type another command at the screen. I'm going to type the command reboot. I'm going to press the on-screen enter key, and the machine is going to reboot back into its normal mode of operation.<br>**Q.** Can you describe what is happening on-screen, Dr. Halderman?<br>**A.** The screen looks like -- maybe looks like an old PC. As it is booting up, it is black with some white characters. Now it says Dominion Voting. And now we're going to briefly see the Android desktop, and now the normal voting interface has appeared on the screen. It is the animation of a hand inserting a card into a slot.<br>**Q.** Is this machine ready to vote?<br>**A.** It is almost ready to vote. Since it just booted up, it |
| 153 | 1-25 | needs a poll worker to come along and enable voting.<br>**Q.** Can you please show us how that is done?<br>**A.** Sure. So what a poll worker would typically do is take a poll worker card -- this is a kind of Smart card with a computer chip in it -- and insert it into this slot and then enter an on-screen PIN and hit log in. Now, the machine is going to ask me to confirm that the clock is set correctly. It looks right, and now everything looks okay, so I can take out the card and the machine is ready for voters to come along. |

| | | |
|---|---|---|
| | | **Q.** Can you please go through the voting process, Dr. Halderman?<br>**A.** Sure. So a voter would be -- when they check in at the polling place would receive another Smart card, a voter card from a poll worker. The voter card allows them to activate the ballot-marking device and print a ballot. So I'm going to put a voter card into the slot. Okay. Now, the machine is responding by displaying the ballot.<br>**Q.** Can you please proceed to vote?<br>**A.** Well, I'll just -- can I briefly describe that this ballot is the November 2024 Fulton County ballot, it says, and this is a ballot I have prepared for the demonstration. All right. If I move to the first screen of the ballot, it is the -- for the president of the United States, and the candidates on the ballot are George Washington and Benedict |
| 154 | 1-6 | Arnold.<br>**Q.** Are you a Washington man or an Arnold man?<br>**A.** I think every good-blooded American is a George Washington fan. So here, I'll vote for Washington. For demonstration, let me just skip over the remainder of the ballot.<br>**Q.** Dr. Halderman, you just pressed a button. |
| 155 | 13-25 | **Q.** Dr. Halderman, before the back-and-forth, you pressed a button on the screen. Can you tell us what you did?<br>**A.** Yes. I pressed the review button. That just takes the voter to the review screen which summarizes the voter's selections. And here on the review screen, it shows each contest, and it shows for president of the United States that I have selected George Washington. I could touch that to go back and change my selection, or I can touch a print ballot button to print the ballot.<br>**Q.** Can you please print the ballot?<br>**A.** Sure. I'll touch print ballot. There is a confirmation. Do I really want to print my |
| 156 | 1-25 | ballot? Yes. Right now, the printer comes to life and the paper is coming out.<br>**Q.** Can you please pick up the ballot that is printed and describe what you see?<br>**A.** Yes. So the ballot says the title of the election, and it has a large QR code, and then it has some text on it. And in this ballot style, the only part of the ballot that is tabulated by the kind of ballot scanners used in Georgia is the contents -- the digital contents of the QR code. The text below is another form of summary of the voter's selections. It shows the name of each office and the selected candidate, or it is supposed to.<br>**Q.** Does the ballot reflect -- does the human readable text in the ballot reflect your vote for George Washington?<br>**A.** Well, voters might not take the time to review it. But if I read it, it says, for president of the United States, vote for George Washington. So that does reflect what I picked on-screen.<br>**Q.** Do you know if the QR code on that ballot reflects your vote for George Washington?<br>**A.** If read by an appropriately configured scanner, it would, yes.<br>**Q.** So how would this ballot be tabulated? |

| | | |
|---|---|---|
| | | **A.** The voter would put it into a scanner, and the scanner would read the QR code and extract the data from that, and it |
| 157 | 1-2 | is just the data in the QR code that would be tabulated through the scanner. |
| 157 | 17-25 | **Q.** Dr. Halderman, next, I want to talk about the third vulnerability you discovered that was assigned. This one was assigned CVE 2022-1746. And my first question is: Where did you get the poll worker card you used for this demonstration?<br>**A.** Oh, so the poll worker card I just used is a card that I created. This is a counterfeit poll worker card. And Fulton County provided a poll worker card. But rather than using it for this demonstration, I'm using this counterfeit one. |
| 158 | 1-25 | **Q.** Can you describe the process of making that card at a high level, please?<br>**A.** Yes. So these are Smart cards. They are just plastic cards with a programmable computer chip in them. And I bought blank programmable Smart cards online, loaded them with some software that I created, loaded the cards then with the appropriate data, and that is the card that you see here. It is a poll worker card.<br>**Q.** Roughly, how much did that card cost you, Dr. Halderman?<br>**A.** These cards cost about $10 each. You can get them from numerous online stores.<br>**Q.** Are there any restrictions on the sale or use of those cards?<br>**A.** No.<br>**Q.** Did you need any special tools to make the counterfeit poll worker card?<br>**A.** Special tools? Nothing exotic, just a USB Smart card reader. You can buy those for about $20 on Amazon. It is a commodity device.<br>**Q.** Any restrictions on the sale or use of those commodity devices?<br>**A.** No.<br>**Q.** Okay. Now I want to talk next about the fourth vulnerability on your list assigned CVE 2022-1747 by CISA. Did you also make the voter card you used to vote, |
| 159 | 1-25 | Dr. Halderman?<br>**A.** Yes. The voter card that I used, I also made this as a counterfeit voter card. It is a very similar process. It is also a programmable Smart card that I loaded with my software.<br>**Q.** Could that voter card be used on other BMDs besides the one in front of you?<br>**A.** If it was for the same election, this voter card – for the same election within the same county, the voter card would function.<br>**Q.** So your counterfeit voter cards could be used countywide?<br>**A.** Yes.<br>**Q.** Is the same true for the poll worker card you just showed us? Can your counterfeit poll worker cards be used countywide?<br>**A.** Yes.<br>**Q.** At the high level you described, was the poll worker card made using the same process as the voter card?<br>**A.** Yes.<br>**Q.** Is the voter card you created different in any way from an ordinary voter card a voter would use? |

| | | |
|---|---|---|
| | | **A.** Well, in a way, it is more powerful. A normal voter card is programmed to allow the voter to print one ballot and then it is deactivated by the BMD. My voter card ignores that deactivation request, and so it allows you to print as many ballots as you would like.<br>**Q.** Could you demonstrate that by printing a second ballot, |
| 160 | 1-25 | please.<br>**A.** Sure.<br>**Q.** So again, you see the same screen sequence as before?<br>THE COURT: Is that right? It is the same sequence on the ballot?<br>THE WITNESS: Yes, that's right. I just went through<br>the same thing, voted for George Washington again, and it came out again a ballot for George Washington.<br>BY MR. ANDREU-VON EUW:<br>**Q.** Okay. Dr. Halderman, I want to turn now to the fifth vulnerability on your list CVE 2022-1745. I see -- I'll read it out loud, and then I'll you ask a question. It says anyone can forge technician cards for all BMDs that allow installation of malware. So as a starting point, can you tell us what a technician card is?<br>**A.** Yes. So a technician card is the third kind of Smart card for the ICX BMDs. A technician card is sort of like a master key. It unlocks a technician menu from which service workers at the county or Dominion personnel perform functions like loading the ballot designs before an election or performing software updates.<br>**Q.** Did you prepare a counterfeit technician card as well?<br>**A.** Yes, I did.<br>**Q.** Can you show us how it is used? |
| 161 | 1-19 | **A.** So I am inserting the technician card, and it is prompting for an on-screen PIN. My card will just ignore the PIN, so I'm not going to bother typing anything. And the machine has unlocked, and it is displaying the technical administration menu, and there is a prompt on-screen saying that menu is<br>unavailable while the poll is open. But we can just say okay and ignore that.<br>**Q.** At a high level, can you describe -- can you tell us what the technical administration menu is used for?<br>**A.** So as I said, service workers, county personnel would use his for things like -- things like updating the software or loading data beforehand. This has functions that are more powerful than what a normal poll worker would have access to.<br>**Q.** And you unlocked it in one second using a technician card you created?<br>**A.** That is right.<br>**Q.** Can you show us what one can do from this technician menu?<br>**A.** Sure. So what I'm going to do here is I am going to hit this button at the top of the screen that says exit. |
| 161 | 23-25 | THE WITNESS: It is asking if I want to exit the application. I'll say yes. I'm going to touch something at the bottom of the screen here. And now we've gotten back to |
| 162 | 1-25 | the Android desktop. We see all of the same stuff that we did when I rebooted into safe mode. I can touch here and go back to the launcher. And we have -- it is rotated a little bit, but we have the same file manager, terminal, settings application. All of that is accessible. |

| | | |
|---|---|---|
| | | BY MR. ANDREU-VON EUW:<br>**Q.** Can you access the same terminal application as you did a minute ago with Vulnerability Number 1?<br>**A.** Yes, I can. Perhaps I'll rotate the screen for everyone's benefit once again. All right. So I can go to the terminal and run my SU again and say allow on the screen. Now I have superuser access.<br>**Q.** So this is the same as before? You now have full control of the BMD and everything on it; correct?<br>**A.** That's right. And from this technician card that I was able to make and without access to any secret information. But the technician card, I should note, works on – would work on any BMD -- any ICX BMD running compatible software anywhere. It is not specific to Georgia, a county, or a specific election.<br>**Q.** Okay. Now, again, this master key you created can be used to change any ballots or any ballot files for any software; |
| 163 | 1-25 | correct?<br>**A.** Yes. So it can be used to gain superuser access and change any data or software on the device.<br>**Q.** On your report, you described automated commands.<br>**A.** Yes.<br>**Q.** Can automated commands be used to cause the machine to print ballots that do not reflect the voter's intentions?<br>**A.** Yes, they can.<br>**Q.** And I think you said this, Dr. Halderman, but just to be sure: Did you need any nonpublic information to make the card, the technician card?<br>**A.** Remarkably, no.<br>**Q.** Now, back -- could you please demonstrate the use of automated terminal commands to cause the machine to print votes that do not reflect the voter's intention?<br>**A.** Yes. And let me show you. What I'm going to do, I'm going to go back to the voting app.<br>**Q.** One second, Dr. Halderman. This is the voting screen as a voter would see it; correct?<br>**A.** Yes. Now we're back to the voting screen. I'm going to put in another technician card I have prepared, and this one I'm going to insert a few times. You can see I'm pulling it out and putting it back in.<br>THE COURT: If you want us to hear you, we're not |
| 164 | 1-25 | hearing you.<br>THE WITNESS: I say I have another technician card I have prepared that I have removed and inserted now several times in a row. And --<br>BY MR. ANDREU-VON EUW:<br>**Q.** Dr. Halderman, before you continue, as of now, is this machine still configured as it would be in a normal election?<br>**A.** Yes.<br>**Q.** Okay. Please continue. |

| | | |
|---|---|---|
| | | **A.** This is just very awkward with the microphone and the screen, but I'm going to do my best. So now I'm back in the technician menu. I'm going to hit exit at the top. And what I'm going to do is I'm going to go to the file manager and open the ICX's audit log file. This is one of the log files that the machine creates, and I'm going to open it with the on-screen text editor. What I have just done with the technician card is I have loaded this technician card with the automated commands that I want to run in a way that they appear in the audit log. But I'm going to open the audit log and edit it with the on-screen text editor. I'm actually going to highlight a portion that came from my card and hit the cut button to move it to the machine's clipboard. And I'm going to save the audit log just to show you that I can delete portions of the audit log with the |
| 165 | 1-18 | on-screen text editor.<br>**Q.** Let me stop you there, Dr. Halderman.<br>So you just inserted using the card information you wanted into a log and manually deleted information from a log; correct?<br>**A.** That is right. That is right. So if the card from – the technician card, one thing that the technician card can do is provide just normal data that is going to become part of the log file in the normal operation of the machine. And I opened the log file in the text editor and was able to copy that out.<br>**Q.** Are there any limits on what you can add or remove to the log files on the Dominion BMD?<br>**A.** No. With the text editor, you could select and cut or delete log entries that would otherwise be evidence of some malfeasance.<br>**Q.** Could that be done programmatically?<br>**A.** Yes, it could. |
| 166 | 6-25 | THE WITNESS: That is not going to help. Excuse me. Here is what I'm going to do now: I'm going to go and go back to the launcher and open the terminal again, and now I am going to hold down my finger on the screen and paste that snippet of command that I copied out of the log file, and then I'm going to type just some very basic and short commands to complete the function that I want to execute. All right. So you can see I'm still in superuser mode, and I've pasted a command and then typed a few characters afterwards. And what this command that I have constructed will do is it is telling the machine to take the other automated commands out of the log file that were copied from my technician card and execute them.<br>BY MR. ANDREU-VON EUW:<br>**Q.** And to be clear, were those the commands that were produced to the defendants as part of the code review?<br>**A.** Yes, that is right.<br>**Q.** Thank you. What is the next step, Dr. Halderman?<br>**A.** Now I'll press enter on the on-screen keyboard. Okay. |
| 167 | 1-8 | Now the machine has responded with okay, indicating that the modification is complete.<br>**Q.** Could you go through the voting process one more time, Dr. Halderman. |

| | | |
|---|---|---|
| | | **A.** Okay. So now I'll exit back to the voting application. Now, since this is restarted, we'll use the poll worker card to activate. All right. Now we're back to voting. |
| 167 | 16-25 | BY MR. ANDREU-VON EUW:<br>**Q.** Dr. Halderman, did you install any software right now?<br>**A.** No, I didn't. I just ran an automated command. There is no malicious software now resident on the machine.<br>**Q.** And what did that command do?<br>**A.** That command made changes to the ballot definition file on the machine.<br>**Q.** Okay. Can you please continue to vote?<br>**A.** All right. So I'll put in my voter card once again. All right. We're back to the Fulton County November 2024 |
| 168 | 1-2 | demonstration ballot, and again, we have for president Benedict Arnold, George Washington. I'll do George again. |
| 169 | 14-25 | THE WITNESS: May I print the ballot? We're back at the review screen, and I have a vote for George Washington for president.<br>BY MR. ANDREU-VON EUW:<br>**Q.** Please print.<br>**A.** I say print the ballot. All right. And it has printed my ballot.<br>**Q.** Can you look at the human readable text and tell me what vote it reflects?<br>**A.** All right. My read here, again, president of the United States, vote for Benedict Arnold.<br>**Q.** And, again, you voted for George Washington; right? |
| 170 | 1-18 | **A.** I did. The review screen isn't up anymore. That disappears when the paper comes out. But yes, I voted for George Washington.<br>**Q.** So if you weren't sure how you voted, you would have no way to check at this point; correct?<br>**A.** Or to prove to anyone else, that is right.<br>**Q.** Okay. Now, do you know if the QR code reflects a vote for George Washington or Benedict Arnold?<br>**A.** The QR code, if scanned on a normally configured scanner, would also read as a vote for Benedict Arnold.<br>**Q.** Do you know how this ballot would tabulate if it was put into a scanner?<br>**A.** As a vote for Benedict Arnold.<br>**Q.** If this ballot was audited, would there be any signs to indicate that that was not the vote intended by the voter?<br>**A.** No. Because all of the records of the voter's choice on this ballot, the QR code, and the printed text say Benedict Arnold. They are the same. |
| 173 | 7-25 | **A.** Well, the attack I just demonstrated doesn't change the size of any file except for ones that naturally change sizes the machine is operating. So no, that wouldn't detect it.<br>**Q.** Is the size of the ballot file you modified changed by your attack?<br>**A.** No, it is exactly the same size.<br>**Q.** And to be clear, you mean it is the same size before it is modified and after it is modified?<br>**A.** Before and after. |

| | | |
|---|---|---|
| | | **Q.** Right. Turning back to the list of vulnerabilities that you disclosed to CISA, the sixth one is titled Alt-Tab Allows Installation of Malware. And the seventh is called Inadequate Application Signing Allows Installation and Spreading of Malware.<br>Did you prepare a video that demonstrates exploitation of these vulnerabilities?<br>**A.** Yes.<br>**Q.** Does your video illustrate the use of malware described in |
| 174 | 1-18 | your report?<br>**A.** Yes.<br>**Q.** Was the code for that malware provided to defendants?<br>**A.** Yes.<br>**Q.** At a high level, can you tell us what the video shows?<br>**A.** The video shows -- the video shows BMD running an election. Then an attacker attaches a malicious USB device that uses these vulnerabilities to install malicious software onto the BMD. Then there are some subsequent votes, and we scan all of the ballots through the Dominion scanner and show the totals in the election.<br>**Q.** Was the video taken in all one take?<br>**A.** Yes.<br>**Q.** So it is fully contiguous from one camera?<br>**A.** Yes.<br>**Q.** Does it accurately depict the process of installing malware that exploits Vulnerability Number 6?<br>**A.** Yes, it does. |
| 176 | 18-24 | THE WITNESS: The report describes the process by which malware alters a ballot in great detail. And this video is showing that applied to not just any ballot but the acceptance testing ballot that was provided to us with the Fulton equipment.<br>THE COURT: Are there any steps that you left out?<br>THE WITNESS: No. |
| 177 | 3-9 | BY MR. ANDREU-VON EUW:<br>**Q.** Dr. Halderman, could you please review Section 8.5 in your report in front of you before we start, and you may want to review Section 8.4 as well.<br>**A.** Yes. So Section 8.4 explains in detail the steps of the attack in a manual fashion, and Section 8.5 says that they can be automated with a malicious USB device. |
| 177 | 21-25 | **A.** Oh, I didn't see that it had started. I would be happy to talk over the video if you can go back to the beginning. I think it will be -- all right. So here we see the Fulton ICX configured to run an election with the acceptance testing ballot. |
| 178 | 1-25 | Now our attacker is going to reach behind the printer and unplug the USB cable and plug it into an attack device. This is a device called a Bash Bunny. It looks like a big USB stick, but it is able to -- we're able to load it with a sequence of commands that it will then send to the device as if it were a keyboard.<br>Now the Bash Bunny is going to start -- if you can play the video, the Bash Bunny will start driving the device, and you can see that it is moving through a sequence of things on the screen. This is the USB device controlling it. And it is |

| | | |
|---|---|---|
| | | going to go through and modify settings, as I describe in the report. It is going to then open a terminal, get superuser access, and take steps to install malicious software that is stored on that same USB device. Now, the USB -- the malicious software is a version of the ICX application that we have -- we have extracted from the machine and slightly modified to add some malicious functionality. And the Bash Bunny device is installing the malicious version of the application on the machine and replacing the version that regularly would function.<br>**Q.** Dr. Halderman, has anything been done by the attacker other than connect a device to the USB cable?<br>**A.** No. In this case, the attacker only needs to attach the device to the printer and to the USB cable, and the device will automatically go through the remaining steps. |
| 179 | 1-25 | Now it is finished with the attack, and it is restarting the election software.<br>**Q.** And no special -- THE COURT: Stop there. Just for those of us who don't live in a world of hacking ourselves, explain -- you're saying it has gone through the attack process, so you just --<br>THE WITNESS: Yes.<br>THE COURT: You loaded the software via the drive – extra drive?<br>THE WITNESS: Yes.<br>THE COURT: Substituting it with --<br>THE WITNESS: Yes.<br>THE COURT: And then tell me what happened next.<br>THE WITNESS: So the -- when the device is attached, what it does is it goes to the -- it uses the settings app to enable the installation of foreign applications. Then it goes to the terminal and uses the terminal to install – to uninstall the original app and install a malicious version of the ICX app that is stored on the USB device. So this device can both be a USB drive and an automatic USB keyboard at the same time, and as a keyboard, it just enters a series of keystrokes that are preloaded by the attacker.<br>THE COURT: And this can happen in the time period we |
| 180 | 1-6 | just saw?<br>THE WITNESS: Yes. It takes a little less than two minutes. And the end result is the election software on the machine has now been changed to a version of the election software that contains malicious code rewrote. |
| 180 | 9-25 | BY MR. ANDREU-VON EUW:<br>**Q.** And so there were no special cards or anything needed for this attack other than that USB device; correct?<br>**A.** Yes. It is a device called a Bash Bunny. It costs maybe $100. You can buy it online. It is made for this kind of hacking purpose.<br>**Q.** So on the screen right here, Dr. Halderman, there is a Bash Bunny connected to the end of a USB cable; correct?<br>**A.** Yes.<br>**Q.** Where does that USB cable connect to?<br>**A.** Well, the other end of that USB cable connects to the BMD.<br>**Q.** Why is the Bash Bunny connected to a cable as opposed to the BMD itself?<br>**A.** Well, so the USB ports on the BMD are behind sealed |

| | | plastic doors in order to make it so they are not accessible to the voter during voting. In other phases of the election process, they might not be sealed, they could be directly |
|---|---|---|
| 181 | 1-10 | reachable. But during voting, those doors are sealed. But the other end of the USB cable that attaches the printer to the USB -- excuse me. There is a USB cable from one of those ports that attaches to the back of the printer, and the end of that cable that attaches to the printer is not typically sealed to the printer.<br>Q. Now, in the video, the Bash Bunny device is sitting on top of the printer. Is that -- go ahead.<br>A. Yes. |
| 184 | 7-25 | Q. Turning back to the full video, Dr. Halderman, I think you said there was voting that occurred on the screen on the video; correct?<br>A. Yes.<br>Q. Does the video include the scanning and tabulation of that voting?<br>A. Yes, it does.<br>Q. Actually, first, did you prepare a slide showing how the votes were cast in the video just summarizing the screenshots?<br>A. Yes. Just summarizing what is in the video, that's right.<br>Q. Are these images for the video of the five ballots that were cast on this slide?<br>A. Yes.<br>Q. I want to focus you on the Sunday liquor sales race. Can you tell me what the votes are for the Sunday liquor sales race?<br>A. So in that contest, there is a vote for yes on each of the five ballots.<br>Q. So that's five yeses and zero noes; correct? |
| 185 | 1-3 | A. That is right. And in the video, the voter votes yes on the screen five times to produce these five ballots that say yes in the ballot text. |
| 185 | 13-25 | THE WITNESS: This video shows that scanner that plaintiffs received from Fulton County. It does not have any kind of tampering or malware involved. It is just running the normal acceptance test election. We're going to scan five ballots. These five ballots that I was just talking about, all yes on that liquor sales question through the machine, and it is going to count those ballots as it normally would by reading the QR codes. All right. That's the fifth ballot.<br>BY MR. ANDREU-VON EUW:<br>Q. So, Dr. Halderman, is this scanner configured and operating as it would be in a normal election?<br>A. Yes. And now there are a number of steps to close the |
| 186 | 1-25 | polls and ask the scanner to produce a poll tape showing the results that it has determined from the ballots. We'll go through those now.<br>Q. Those are the steps we're watching right now?<br>A. Yes. That is what is happening now. This is just closing the polls. And again, no tampering with the scanner of any kind.<br>Q. And what is happening now?<br>A. Now the polls are closing, and the scanner is going to print the poll tape showing the number of votes it counted for each candidate. |

| | | |
|---|---|---|
| | | **Q.** So to be clear, the five ballots we saw a second ago with yes votes for the Sunday liquor sales have been fed into the scanner, and what we're seeing is the tabulation of those votes; correct?<br>**A.** That's right. And it will print for each contest the votes tabulated for each candidate.<br>**Q.** Do you see the tabulation for the Sunday liquor sales election on-screen?<br>**A.** Yes, I do.<br>**Q.** What is it?<br>**A.** It says two votes for no, excuse me -- two votes for yes, and three votes for no.<br>**Q.** Does that reflect what was shown on the human readable portion of the ballots that were scanned? |
| 187 | 1-14 | **A.** No. It should be five votes for yes and no votes for no. And the scanner sees only two votes for yes and three votes for no, so three of the yes votes have been changed to no votes.<br>**Q.** How were the three yes votes changed to no votes?<br>**A.** This is the effect of the malware that was installed onto the scanner -- excuse me -- the malware that was installed onto the BMD by the USB device.<br>**Q.** Sir, I just want to be clear for the record.<br>The scanner had no malware; correct?<br>**A.** The scanner had no malware. I just misspoke. This is the result of the malware that was installed onto the BMD by the USB device. It changed the QR codes on three of the ballots so that they reflected votes for no instead of votes for yes in that contest. |
| 187 | 18-25 | **Q.** Have you made other versions of this malware we just saw demonstrated that changed both the QR code and the human readable text?<br>**A.** Yes.<br>**Q.** And the attack we demonstrated earlier, that also changes human readable text and the QR code; correct?<br>**A.** Yes. The attack I demonstrated on the BMD in front of me. |
| 190 | 11-25 | Is there anything that you can say that you think is based on the information and studies that you've referenced in the course of this case and in your report?<br>THE WITNESS: Well, let me give an answer based on my peer-reviewed study of voter verification behavior.<br>THE COURT: You've referenced that in your study here --<br>THE WITNESS: It is referenced in my --<br>THE COURT: -- that you submitted in this case?<br>THE WITNESS: Yes, Your Honor. It is referenced in my report. And one fact we reported in that study was that voters in our experiment, when they did notice something was wrong with the text of their ballot, they often blamed themselves and they said, oh, I must have made a mistake while |
| 191 | 1-25 | voting on-screen. They didn't -- it didn't occur to them that it might be a malfunction or a hack of the machine. And I would say on the basis of that behavior by voters, I would also expect that poll workers would sometimes erroneously conclude that voters made a mistake rather than that the machine had malfunctioned if a voter reported such a problem. |

| | | |
|---|---|---|
| | | THE COURT: All right. But we have no way of quantifying that at this point; right?<br>THE WITNESS: I don't have quantification of that that I'm offering.<br>THE COURT: Your observation is obviously based on your study. It is just simply we don't have a quantification. All right.<br>BY MR. ANDREU-VON EUW:<br>**Q.** Dr. Halderman, could one design malware to take advantage -- to avoid the risk of detection -- to minimize the risk of detection?<br>**A.** Yes.<br>**Q.** How?<br>**A.** Well, one way -- one way you could do that, which I have programmed in malware -- some of the malware for this – that is the basis for my report does that.<br>**Q.** How? |
| 192 | 1-14 | **A.** Excuse me. Some of the malware I created in the context of the report does this. Instead of cheating on every ballot, you could program malware to cheat on every second ballot, every third ballot, et cetera, something like that. So that if a voter noticed a problem and complained and then was instructed to go back to the machine, try again, we'll see if it is a problem with the machine. When the voter repeated the same selections, the ballot would come out correctly.<br>**Q.** So for a close race, could one program malware to change every tenth ballot, for example?<br>**A.** Or even less frequently.<br>**Q.** Any number one wanted?<br>**A.** Yes. |
| 193 | 11-25 | BY MR. ANDREU-VON EUW:<br>**Q.** So I want to turn back to the vulnerabilities that you disclosed that we have up here on the demonstrative, sir. I want to turn now to the next two -- excuse me. Going back to the video we just watched, can you please explain what Vulnerability 6 is and how it relates to that video?<br>**A.** Yes. So Vulnerability 6 is a vulnerability that is present in the machines as a result of the software update process that was applied to install the .32 version of the Dominion software in Georgia. Following that process leaves the machine in a state where a keyboard device or a Bash Bunny attached to a USB port can access the Android desktop and other things by sending just the single keystroke, the Alt-Tab keystroke. |
| 194 | 1-25 | And that's just like you would switch windows from one window to another on a PC. That keystroke has an analogous function on the Android operating system on the BMD and allows you to access the Android operating system.<br>**Q.** And is that what the Bash Bunny did in the video?<br>**A.** That is -- yes, that is the beginning of what the Bash Bunny does to access Android.<br>**Q.** Can you speak -- can you tell us what Vulnerability Number 7 is and how it relates to the video we watched?<br>**A.** Vulnerability 7 is that there isn't an effective cryptographic protection in the ICX to validate that applications installed on it actually are genuine software that |

| | | comes from Dominion. As a result of that lack of application signing, a modified version of the ICX application software can be installed that will change the functioning of the device.<br>**Q.** Thank you. Now I want to turn to Vulnerabilities 8 and 9 that we have in front of us that is CVE 2022-1743 and CVE 2022-1744. And now, before we discuss the details, I want to step back a little. All of the vulnerability exploits you have demonstrated thus far require physical access to a ballot-marking device; correct?<br>**A.** Yes, that's true. |
|---|---|---|
| 195 | 1-25 | **Q.** Is there a way to use Vulnerabilities 8 and 9 to install malware without anybody having physical access to the ballot-marking device?<br>**A.** Yes. And for that reason, I think these vulnerabilities are particularly concerning.<br>**Q.** And how do they do that?<br>**A.** These vulnerabilities provide a way to install malware by piggybacking, essentially, on the normal pre-election processes that are used to install the ballot information onto all of the BMDs prior to an election.<br>**Q.** Before we discuss the vulnerabilities and the malware, why don't we go into that pre-election process. Have you prepared a slide that allows you to describe this process to us?<br>**A.** Yes.<br>MR. ANDREU-VON EUW: Can we see Slide Number 7, Tony?<br>BY MR. ANDREU-VON EUW:<br>**Q.** Okay. Can you please describe the normal pre-election process, or at least the relevant parts for explaining how your vulnerability exploit works?<br>**A.** Yes. So as I said, before every election, every BMD needs to be loaded with what is called an election definition. This is information, data that tells the BMD what is on the ballot. In Georgia, the election definitions for the entire state are prepared by the Center for Election Systems at the |
| 196 | 1-25 | Secretary's office using an election management system computer. This is disconnected computers running Dominion software. From the Secretary's office, the election definition data for each county is sent to the county, and the county loads that data into its own election management system computer, another disconnected computer, and then the county uses Dominion software to burn the relevant data onto one or more USB sticks that are used to copy the data to each ICX.<br>**Q.** So by ICX, you mean the Dominion ballot-marking device?<br>**A.** The ballot-marking device.<br>**Q.** And so just to make sure I understand, generally, in every -- every BMD in the county is loaded with the same election definition file?<br>**A.** Yes.<br>**Q.** And in each county, that file comes from the same EMS computer?<br>**A.** The county's EMS.<br>**Q.** And each county gets its file from the State's EMS computer?<br>**A.** Yes. |

| | | |
|---|---|---|
| | | **Q.** Can you please explain what Vulnerability Number 8 -- again, that is CVE 202-1743 [sic] is and how it relates to this process?<br>**A.** Yes. This vulnerability is a flaw in the BMD's software |
| 197 | 1-25 | system that makes it possible for an attacker to -- that makes it possible for an attacker to make certain modifications to the ballot -- excuse me -- to the election definition file in a way that allows the attacker to overwrite other files on the BMD when the election definition is loaded. So there's no readily observable thing that is wrong with the election definition, but when the election definition is loaded in the normal course of setting up the BMD for an election, the attacker gets the ability to overwrite another part of the data on the system.<br>**Q.** Make sure I understood here, sir. This vulnerability means that one can use an election definition file to sneak a file anywhere onto the BMD; correct?<br>**A.** To slip in this extra file into the election definition in a way that it can overwrite some part of the BMD's memory that is not the election definition itself.<br>**Q.** Could you please explain what Vulnerability Number 9 is. That is CVE 2022-1744.<br>**A.** So Vulnerability 9 can be used in conjunction with Vulnerability 8 to allow that specially modified election definition file to execute malicious code and gain superuser access on the BMD without even showing an on-screen prompt.<br>**Q.** At a really high level, Vulnerabilities 8 and 9 means that one can use the election definition file to sneak malware onto a machine and replace or supplant the existing Dominion |
| 198 | 1-5 | software; is that fair?<br>**A.** That is right. It is possible to make particular changes to an election definition file that will make it so when that election definition file is loaded onto a BMD, the BMD will be infected with malware from the election definition file. |
| 199 | 10-25 | BY MR. ANDREU-VON EUW:<br>**Q.** Would election insiders have the access required to infect an EMS or swap out the files -- excuse me. Let me ask a clear question. Would election insiders have the access necessary to insert an infected election definition file into the distribution chain you described?<br>**A.** Yes.<br>**Q.** Okay. Would outside parties who broke in or otherwise obtained physical access to an EMS computer be able to insert an infected definition file into the supply chain?<br>**A.** Yes.<br>**Q.** How would an election insider install malware on an EMS using this technique?<br>**A.** Excuse me. Install malware on an EMS using --<br>**Q.** I said -- yeah, how would an election insider install an |
| 200 | 1-25 | infected election definition file into the supply chain? What steps would they take?<br>**A.** Well, an insider who was an insider who wanted to attack the system -- so this would have to be someone dishonest -- would have the -- would simply replace the election definition file on the county EMS with one that had been modified. |

| | | Now, that could mean copying the file out and having someone more sophisticated modify it and then putting it back in. This would have to be done before the malware – excuse me -- the election definition was distributed to the BMDs. |
| | | **Q.** Okay. Now, earlier this week, Mr. Sterling said that the State does logic and accuracy testing to protect from a bad actor in the State. Do you have a reaction to that? |
| | | **A.** Yes. So I think Mr. Sterling was acknowledging that it is also at least a possibility that a dishonest insider at the -- with access to the Secretary of State's systems at the Center for Election Systems could modify election definitions before they were sent to counties. That is my understanding of what he was reacting to. And he suggested that logic and accuracy testing on the county level would defend against that. I don't think logic and accuracy testing is at all an effective countermeasure against that threat. Although I think it is commendable that he is at least considering the threat as something that requires a countermeasure. |
| 201 | 1-25 | **Q.** Why do you think that logic and accuracy testing is not sufficient? |
| | | **A.** So logic and accuracy testing, in general, can be defeated by malware running on a voting device because there are many different ways that you could program malware to either recognize that -- to recognize that it is under test and only cheat under circumstances that are not part of the L&A test. In Georgia specifically, the logic and accuracy procedures only require a single ballot to be cast on each ballot-marking device and printed, and so a very simple way for malware to avoid that test would be to not cheat until after the first ballot had been cast. And, in fact, the malware demonstrated in the video you just saw waited until after the first ballot was cast after it was installed to begin cheating just in case that was part of an L&A test. But more sophisticated malware could do things such as just look at the date and time to see whether it was before or during election day and only cheat if it was the middle of election day, as one example. |
| | | **Q.** How could remote attackers with no physical access install an infected election definition file? |
| | | **A.** I'm sorry. I don't think I heard your question. |
| | | **Q.** Could remote attackers with no physical access install an infected election definition file? |
| 202 | 1-12 | **A.** Without physical access to the EMS system, you mean? |
| | | **Q.** Correct. |
| | | **A.** Yes. So that is also certainly a potential threat. A remote actor could try to exploit the vulnerabilities that we've just been talking about to spread malware through the election definition files by first infecting a county or state election management system with a different form of malware that would modify the files. And that infection could be done, for instance, using a Stuxnet style attack to try to spread malware from some other internet-connected system to the EMS computer on USB sticks that workers use to move data back and forth. |

| | | |
|---|---|---|
| 204 | 8-12 | Part of the concern is that it is antivirus software specifically, and antivirus software has access to all of the files and data on a computer necessarily for its operation. It also receives software updates on a very frequent basis; daily, if not more often. |
| 204 | 20-25 | Q. So you said, just to summarize, antivirus software has access to all of the files and all of the data on a computer necessarily for its operation.<br>Can you explain that?<br>A. Sure. So an antivirus program needs to be able to inspect the other files on your computer in order to tell whether they |
| 205 | 1-18 | contain viruses. That requires a very permissive level of access to the data on a computer, and it usually requires access to external devices that are plugged into your computer. Your computer's configuration will be such that the antivirus software has -- essentially has superuser access to the computer.<br>Q. And you also said that antivirus software received software updates on a very frequent basis -- excuse me – daily, if not more often. Can you explain why that is and why that concerns you?<br>A. Antivirus software, in typical practice, is updated frequently in order to allow the software to detect new threats that have been discovered and analyzed by the antivirus company. And that takes the form of an antivirus definition that gets delivered over the internet to the antivirus software from the manufacturer. But those antivirus definition files can contain code updates for the antivirus software too to change its functionality. |
| 214 | 12-25 | **Q.** Thank you. We almost missed the last entry on your list of vulnerabilities. Can you explain Vulnerability Number 10, CISA CVE Number 2022-1740?<br>**A.** Yes. So this is another vulnerability in the design of the ICX. The ICX provides certain functions for the purpose of verifying whether the software that is installed has been -- is the genuine software or whether it may have been replaced with malicious software. This vulnerability is that those mechanisms don't work. There is a way for malicious software to lie about its presence on the system and evade those methods of detection.<br>**Q.** You identified a number of vulnerabilities in these BMDs. |
| 215 | 1-20 | Do you have any opinions as to whether there are other vulnerabilities?<br>**A.** Oh, yes, I'm quite certain that there must be other vulnerabilities that I haven't identified. So my methodology -- my methodology cannot exhaustively find all of the vulnerabilities in such a system, but moreover, I had limited time to work with the device before my expert report was done. Once I found a vulnerability of note affecting a certain component or subsystem of the device, I moved on to look at other components rather than trying to find more that might be equivalent and affected that original component. It would take much more time and many more resources to hope to find all of the vulnerabilities affecting it. And I'll note that my original plan was to first find all of the vulnerabilities that I could in the time available without opening the device and then to open it and proceed to look for even more things, but I never got to that second step of looking at vulnerabilities that one could find after opening the device. |
| 216 | 23-25 | BY MR. ANDREU-VON EUW: |

| | | **Q.** So, Your Honor -- excuse me -- Dr. Halderman, in closing, who could implement the hacks you designed in future elections? |
|---|---|---|
| 217 | 1-25 | **A.** Well, so the attacks that -- the kinds of attacks that I described might take someone technical to develop, but once the attacks are developed by someone technical, they could recruital most anyone to implement them and put them into practice.And, frankly, you know, we worry about -- we have worried about things like nation-state threats to voting for a long time, but those are not the only threats that election systems base. Beyond the nation-state wanting to perhaps change results, there are all kinds of politically motivated attackers who would be glad to affect a result, but even happier or as happy just to cause chaos.<br>So what really keeps me up at night -- one of the things that really keeps me up at night is looking at just how easy to attack this system can be for someone, potentially even a voter, to walk up to it with a pen, stick in a card, something like that. Well, what keeps me up at night is, what if some fanatics on the internet, you know, recruit a few dozen people to go around a state like Georgia on election day and program BMDs even in a simple way that will really visibly swap votes? Well, what would the result be? It would be chaos, and it would take tremendous work to figure out the full scope of that chaos. You would have to go and inspect every single BMD to see if something was wrong. And you probably couldn't know for sure, even with a careful inspection, how many BMDs have |
| 218 | 1-12 | actually been affected. And if just one BMD at a polling place has been malfunctioning, maybe eventually some voter notices something is wrong, but by that time, voters' ballots will be in a ballot box from people who didn't notice the problem. And you can't go back and fix that. The entire -- any ballot in the whole polling place might have been affected. So all of these things worry me, Mr. Andreu, just how easy this machine is to tamper with. It is so far from what would be a secure system.<br>MR. ANDREU-VON EUW: Thank you, Dr. Halderman. I have no further questions for you. |