**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Maly, et al., v. Pritzker, et al.     Case Number: 1:22-cv-04778

An appearance is hereby filed by the undersigned as attorney for:

J.B. Pritzker, Ian K. Linnabary, Casandra B. Watson, William J. Cardigan, Laura K. Donahue, Tonya L. Genovese, Catherine S. McCrory, William M. McGuffage, Rick S. Terven, Sr., and Kyle Thomas

Attorney name (type or print):  Sarah H. Newman

Firm:   Office of the Illinois Attorney General

Street address:     115 South LaSalle Street, 27th Floor

City/State/Zip:    Chicago, IL 60603

Bar ID Number: 6290336                    Telephone Number:   312-814-6131
(See item 3 in instructions)

Email Address: sarah.newman@ilag.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/18/2024

Attorney signature:    S/ Sarah H. Newman
(Use electronic signature if the appearance form is filed electronically.)